UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV -5  P 2: 27

US DISTRICT COURT
BRIDGEPORT CT

LUIS FERNANDEZ

v.

MONICA RINALDI
COUNSELOR BETH HALLERAN
COMMISSIONER JOHN ARMSTRONG
MAJOR J.V. HALL
CAPT. JOHN M. ALVES
DEPUTY COMMISSIONER DENNIS C. COYLE
C.S. BARTHOLOMEW
WARDEN HECTOR RODRIGUEZ
GRIEVANCE COORDINATOR MS. AHMED
UNIT MANAGER HANNAH

Case No.   PRISONER
3:03CV146 (WWE)

ORDER

The plaintiff's Application To Proceed In Forma Pauperis having been granted, he is directed to complete the enclosed 285 U.S. Marshal service forms. The plaintiff is directed to complete ONE 285 form for each defendant in his or her individual capacity. The plaintiff should use the addresses he has provided to the court in his complaint for these forms. The plaintiff is also directed to complete ONE 285 form to be served on all of the defendants c/o Attorney General to be used to serve the defendants in their official capacities. The address for the Attorney General is 55 Elm Street, Hartford, CT 06105. In addition, the plaintiff is directed to submit ELEVEN copies of the AMENDED complaint.

The plaintiff shall complete and return the enclosed forms and the copies of the

AMENDED complaint within twenty days of the date of this order. The plaintiff is cautioned that failure to return the forms and/or copies of the AMENDED complaint in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case as to any defendant for whom a form and/or copy of the AMENDED complaint is not returned, without prejudice and without further notice from this court.

Upon receipt of the Marshal forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the AMENDED complaint on the defendants in their individual and official capacities and to file a return of service within **sixty days** of the date the U.S. Marshal receives the service papers from the Clerk's Office.

Each defendant is hereby ordered to file an appearance within **sixty (60)** days from the date he or she signs a waiver of service of summons.

SO ORDERED.

Entered in Bridgeport, Connecticut, this 4 of November, 2003.

Holly B. Fitzsimmons
United States Magistrate Judge