```
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF CONNECTICUT


LUIS FERNANDEZ
                                              PRISONER
          V.                         CASE NO. 3:03CV146 (WWE)

MONICA RINALDI, ET AL.
```

**RULING ON MOTION FOR RECONSIDERATION**

The plaintiff asks the court to reconsider appointing him pro bono counsel. The plaintiff's Motion for Reconsideration [doc. # 14] is DENIED for the reasons set forth in the court's prior ruling filed on November 5, 2003. (<u>See</u> doc. #12.)

SO ORDERED.

Dated at Bridgeport, Connecticut, this <u>29th</u> day of January 2004.

```
                         _____/s/_____
                              Holly B. Fitzsimmons
                         United States Magistrate Judge
```