**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | Luis Fernandez |
| DEFENDANT | Monica Rinaldi, et al |
| COURT CASE NUMBER | 3:03CV146 (WWE)(HBF) |
| TYPE OF PROCESS | Summons & Complaint AMENDED |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ms. Hannah

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
900 Highland Ave, Cheshire

*FILED 2004 MAR 22 P 4:24 U.S. DISTRICT COURT BRIDGEPORT, CONN*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luis Fernandez #279800
Cheshire C.I.,
900 Highland Ave.,
Cheshire, CT 06410

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Official / Individual Capacity. Ms. Hannah, Unit Manager / Counselor Supervisor, Cheshire D.O.C., 900 Highland Ave., Cheshire, CT 06410 Tel. (203) 250-2600; Also Substitute service to serve Summons & Complaint can be made with the Attorney General or at his office, 55 Elm Street, Hartford, CT 06105

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 
DATE: 4/22/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk G./W. | Date 2/10/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/25/04
Time: am / pm
Signature of U.S. Marshal or Deputy: ALW

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Mailed - 2/10/04
Returned 3/16/04 - Unexecuted.

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)