UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV146 (WWE)(HBF) |
| V. | : | |
| MONICA RINALDI, ET AL. | : | MARCH 16, 2004 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for all of the defendants, in the above-captioned case, in their official and individual capacities.

Dated at Hartford, Connecticut, this 16th day of March, 2004.

                DEFENDANTS
                Monica Rinaldi, et al.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL


                BY: /s/_____
                Robert F. Vacchelli
                Assistant Attorney General
                110 Sherman Street
                Hartford, CT  06105
                Tel.:  (860) 808-5450
                Fax:  (860) 808-5591
                E-Mail:  robert.vacchelli@po.state.ct.us
                Federal Bar #ct05222

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of March, 2004:

Luis Fernandez, No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

    /s/_____
Robert F. Vacchelli
Assistant Attorney General