UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  | : | PRISONER |
| LUIS FERNANDEZ | : | CIVIL NO. 3:03CV146 (WWE)(HBF) |
| v. | : |  |
| MONICA RINALDI, ET AL. | : | MARCH 16, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendants, John Armstrong, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request a thirty (30) day extension of time, to and including April 15, 2004 within which to file an answer or motion addressed to the complaint in the above captioned case.

The additional time is needed because counsel is still in the process of collecting information necessary for the defense.

This is defendants' first request with respect to this time limitation. Plaintiff pro se inmate could not be contacted in advance of this writing to ascertain his position with respect to this motion.

Wherefore, the defendants request a 30 day extension of time, to and including April 15, 2004, within which to file an answer or motion addressed to the complaint in the above captioned case.

DEFENDANTS
Monica Rinaldi, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   /s/
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of March, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

  /s/
Robert F. Vacchelli
Assistant Attorney General