UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 30 P 3: [illegible]
U.S. DISTRICT COURT
BRIDGEPORT. CONN

Luis Fernandez

v.

Monica Rinaldi, et al

PRISONER
NO. 3:03CV146
(WWE)(HBF)

March 25, 2004

## MOTION FOR JURY DEMAND

The plaintiff respectfully demands a trial by jury were material facts will be disputed in this case for the Court to consider a jury trial.

RESPECTFULLY SUBMITTED

Luis Fernandez  Pro Se
M.W.C.I.
1153 East Street South
Suffield, CT 06080

1 of 2

# CERTIFICATION

I hereby Certify that a copy of the foregoing has been sent, via mail to the following defendants Attorney this 25 day of March, 2004.

ATT. Robert F. Vaccheli,
Ass. ATT. GEN.,
110 Sherman St.,
Hartford, CT 06105

Luis Fernandez
PRO SE