UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV146 (WWE)(HBF) |
| v. | : |  |
| MONICA RINALDI, ET AL. | : | APRIL 7, 2004 |

### DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT DATED NOVEMBER 22, 2003 WITH AFFIRMATIVE DEFENSES

**Parties**

1. The defendants admit that the plaintiff is, and was at all times referenced in the Amended Complaint, a sentenced inmate of the Connecticut Department of Correction. The rest and remainder of plaintiff's allegations on this subject are denied.

2. The defendants admit that the defendants Rinaldi, Halleran, Armstrong, Hall, Alves, Coyle, Bartholomew, Rodriquez, Ahmed, Hannah and Cornacchia were, at various times relevant to the plaintiff's Amended Complaint, employed by the Connecticut Department of Correction in various positions. The rest and remainder of plaintiff's allegations on this subject are denied.

3. The defendants admit that at all times referenced in the plaintiff's Amended Complaint, they acted under color of state law.

**Jurisdiction and Nature of the Case and Causes of Action Requests and Claims for Relief**

1. As to the Counts, Claims, Requests and other allegations, the defendants admit that during the times referenced in plaintiff's Amended Complaint, plaintiff requested certain records and was permitted access to those records, to the extent allowed. The rest and remainder of the

allegations in the Counts, Claims, Requests and all other allegations, wherever situated and however labeled in the Amended Complaint, including exhibits, are denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The allegations of the Amended Complaint do not state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

To the extent that this case is effectively against state officials and employees in their official capacities, it is barred by the Eleventh Amendment to the United States Constitution.

### THIRD AFFIRMATIVE DEFENSE

At all times relevant to this lawsuit, the defendants acted within the scope of their duties as officials/employees of the State of Connecticut performing discretionary functions and they acted within their qualified immunity.

### FOURTH AFFIRMATIVE DEFENSE

The defendants, at all times relevant to the Complaint, were state officials/employees and their conduct was not wanton, reckless or malicious, and caused in the discharge of their duties or within the scope of their employment. They are, therefore, immune from liability pursuant to Conn. Gen. Stat. § 4-165 and under the doctrine of sovereign immunity and their common law privileges and immunities.

**FIFTH AFFIRMATIVE DEFENSE**

As to all claims alleging state law causes of action, if any, such may only be maintained upon authorization by statute or by order of the State Claims Commissioner, and since the plaintiff has not and cannot demonstrate authority or authorization, this action is barred by the doctrine of sovereign immunity, the doctrine of primary jurisdiction and for failure to exhaust administrative remedies.

**SIXTH AFFIRMATIVE DEFENSE**

The Federal Court should decline to exercise supplemental jurisdiction over plaintiff's state law claims, if any.

**SEVENTH AFFIRMATIVE DEFENSE**

The plaintiff has failed to exhaust his administrative remedies required by the Prison Litigation Reform Act.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff has not alleged or shown physical injury as required by the Prison Litigation Reform Act.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to allege and prove personal participation or responsibility.

                DEFENDANTS
                Monica Rinaldi, et al.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:   /s/_____
       Robert F. Vacchelli
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct05222
       E-Mail:  robert.vacchelli@po.state.ct.us
       Tel.: (860) 808-5450
       Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of April, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

                    /s/_____
                    Robert F. Vacchelli
                    Assistant Attorney General