UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV146 (WWE)(HBF) |
| v. | : | |
| MONICA RINALDI, ET AL. | : | MAY 25, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants, Monica Rinaldi, et al., by and through their undersigned counsel and pursuant to Rule 56, F.R.Civ.P., respectfully move the Court to render summary judgment in their favor for the reason there is no genuine issue as to any material fact and the defendants are entitled to judgment as a matter of law because:

1. The Eleventh Amendment bars this action against the defendants in their official capacities.

2. The State is not a "person" subject to liability under 42 U.S.C. § 1983.

3. Plaintiff's request for injunctive relief is moot.

4. The Amended Complaint fails to state a claim upon which relief can be granted.

5. The plaintiff has failed to demonstrate personal participation or responsibility.

6. The defendants are protected by their qualified immunity.

7. The Court should decline to accept jurisdiction over any state law claims in this case.

**ORAL ARGUMENT NOT REQUESTED**

In support thereof, the defendants submit the attached Statement of Material Facts, Affidavits and Exhibits and Memorandum.

        DEFENDANTS
        Monica Rinaldi, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: /s/_____
        Robert F. Vacchelli
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct05222
        E-Mail:  robert.vacchelli@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 25th day of May, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

/s/_____
Robert F. Vacchelli
Assistant Attorney General