## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV146 (WWE)(HBF) |
| v. | : |  |
| MONICA RINALDI, ET AL. | : | MAY 25, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that defendants, Monica Rinaldi, et al., have manually filed the following documents:

1. Attachments A, B and D to Memorandum in Support of Motion for Summary Judgment
2. Exhibit W to Local Rule 56(a)(1) Statement
3. Exhibits O, P, Q, R and S to Affidavit of Joan M. Ellis
4. Exhibits A, B, C, D, E, F, G, H, I, J, K and L to Affidavit of Captain John M. Alves

These documents have not been filed electronically because

[ X ]  the documents cannot be converted to an electronic format
[ ]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS
Monica Rinaldi, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:  /s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail:  robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 25th day of May, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080


/s/_____
Robert F. Vacchelli
Assistant Attorney General