UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV146 (WWE)(HBF) |
| v. | : |  |
| MONICA RINALDI, ET AL. | : | MAY   25   2004 |

### AFFIDAVIT OF JOAN M. ELLIS

State of Connecticut   )
                       )  ss:   Wethersfield         May  20 , 2004
County of Hartford     )

The undersigned, Joan M. Ellis, being duly sworn, desposes and says:

1.      I am an Administrator in the Office of External Affairs for the Connecticut Department of Correction ("DOC") and, in that capacity, I am familiar with the DOC policies concerning Freedom of Information ("FOI") requests and charges for photocopies.

2.      The Connecticut FOI Act allows state agencies to charge 25 cents per page for copies of public records.  Conn. Gen. Stat. § 1-212(a)(1).  Fees are waived for indigent individuals, but the statute does not define indigency.  Conn. Gen. Stat. § 1-212(d)(1).

3.      The DOC charges inmates 25 cents per page for photocopies pursuant to DOC Directive 3.10(8)(C).  That section permits a waiver of this fee for legal materials for indigent inmates.  DOC Directive 3.10 attached in Exhibit M.

4.      An indigent inmate for purposes of this rule is an inmate with less than five dollars in his or her inmate account upon admission, or whose account has not exceeded five dollars for the previous 90 days.  Legal materials, for the purposes of this rule, mean documents relating to a pending legal action involving the inmate.  These definitions are contained in DOC Directive 6.10(3), a copy of which is attached in Exhibit N.

5. Photocopy fees are not waived for inmate FOI requests because no incarcerated inmate is considered indigent for the purposes of calculating the fees associated with the production of documents requested under the FOI Act. See Memos from Commissioner Lantz and former Commissioner Armstrong, Exhibits O, P.

6. The DOC takes this position because inmates are not considered to be indigent in the sense contemplated by the FOI Act due to the fact that their basic needs are provided for by the DOC. See Letter from Commissioner Armstrong dated September 20, 1999, Exhibit Q.

7. Under the federal poverty guidelines, individuals are considered in poverty if their income is under $9,310.00 per year. See 2004 HHS Poverty Guidelines, Exhibit R.

8. In Connecticut in 2004, the average daily cost of incarceration for inmates is $72.90 per inmate. This amounts to over $26,600.00 per year. See DOC FAQ, Exhibit S.

9. The DOC provides for inmate's basic needs, regardless of their ability to pay, including food, DOC Directive 10.18, Exhibit T; clothing, DOC Directive 6.10, Exhibit N; shelter, DOC Directive 9.2, Exhibit U; and medical care, DOC Directive 8.1, Exhibit V.

Dated at Wethersfield, Connecticut, this _20_ day of May, 2004.

/s/_____
Joan M. Ellis

Subscribed and sworn to before me this _20[th]__ day of May, 2004.

/s/_____
Notary Public / Commissioner of the Superior Court

DEFENDANTS
Monica Rinaldi, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail:  robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this  25th

day of May, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

/s/_____
Robert F. Vacchelli
Assistant Attorney General

3