## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  | PRISONER |
| --- | --- | --- |
| LUIS FERNANDEZ | : | CIVIL NO. 3:03CV146 (WWE)(HBF) |
| v. | : | |
| MONICA RINALDI, ET AL. | : | MAY   25       2004 |

### <u>AFFIDAVIT OF CAPTAIN JOHN M. ALVES</u>

State of Connecticut        )
                            )   ss:    Cheshire              May _18_, 2004
County of New Haven     )


The undersigned, Captain John M. Alves, being duly sworn, desposes and says:

1.      I am employed by the Connecticut Department of Correction as a Captain at the Webster Correctional Institution in Cheshire, Connecticut.  During 2002, I was assigned to the Cheshire Correctional Institution in Cheshire, Connecticut.

2.      As a Captain, I am familiar with the records and practices of the Department of Correction and the Cheshire Correctional Institution and, at the request of the Office of the Attorney General, I have reviewed records collected by staff responsive to the issues in the above case.

3.      The plaintiff, Luis Fernandez, was, during the times referenced in the Amended Complaint, a sentenced inmate at the Cheshire Correctional Institution.  On January 20, 2004, he was moved to the MacDougall-Walker Correctional Institution in Suffield, Connecticut.  He is serving 20 year and 8 year sentences for drug convictions.  <u>See</u> Movement Records; Mittimuses, Exhibit A.

4.      On June 3 and again on June 13, 2002, plaintiff requested copies of his master file.  See Requests, Exhibits B, C.

5.      Inmates' master files are often voluminous, containing many different types of records of the Department of Correction, generated by or sent to the Department of Correction concerning the inmate, from mittimuses to disciplinary reports to program application records, some of which may be non-disclosable under the Connecticut Freedom of Information Act. Accordingly, I asked plaintiff to specify which records he wanted.  See Letter dated June 12, 2002, Exhibit D.

6.      Plaintiff requested to review his master file so that he could identify the documents he needed, and his request was granted on June 18, 2002.  Exhibit E.

7.      On July 18, 2002, after reviewing the records with staff, plaintiff identified certain records which he wanted copied.  The records involved a certain disciplinary report and related records of an October 23, 2001 incident.  See Request, Exhibit F.

8.      I acknowledged receipt of his information request under the Connecticut Freedom of Information Act on July 19, 2002 and informed plaintiff that he would be hearing from my office in the near future.  See Acknowledgment Letter, Exhibit G.

9.      Plaintiff's request required document review for compliance with the Freedom of Information Act and it required a security review because the records involved a fight between plaintiff and another inmate, and the investigation of the matter.  That process took time and plaintiff was updated on the status of our response to his information request on July 26, 2002 and again on August 13, 2002.  See Exhibits H, I.

10.     Plaintiff's document request was finally determined to consist of 30 pages.  On August 19, 2002, he was notified that the cost would be $7.50 under the Department of

Correction policy to charge inmates 25 cents per page for Freedom of Information requests.  <u>See</u> Letter, Exhibit J.

11.     Apparently, plaintiff made duplicate requests for the same material.  He received consistent notification of the charge involved.  <u>See</u> Letter dated September 5, 2002 with related papers, Exhibit K.

12.     To my knowledge, plaintiff never paid the charge and did not receive the documents.

13.     Plaintiff filed numerous petitions concerning this document request consistent with the Inmate Grievance procedure available, and his petitions were addressed.  <u>See</u> Records, Exhibit L.

Dated at Cheshire, Connecticut, this __18<u>th</u>__ day of May, 2004.

/s/_____
Captain John M. Alves

Subscribed and sworn to before me this __18__ day of May, 2004.

/s/_____
Notary Public / Commissioner of the Superior Court

3

DEFENDANTS
Monica Rinaldi, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: /s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail:  robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this   25th

day of May, 2004:


Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080


/s/_____
Robert F. Vacchelli
Assistant Attorney General

4