UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                                      PRISONER

**FILED**

2004 JUN 17 P 5: Civil No. 3:03CV146
U.S. DISTRICT COURT                    (WWE)(HBF)
BRIDGEPORT, CONN

v.

Monica Rinaldi, et al          :       June 11, 2004

<u>PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT</u>

Plaintiff request this Court to denied the defendants' Motion for summary Judgment. The plaintiff disagree's with defendants Allegations of no genuine issue as to any material fact, the plaintiff evidence contradics the defendants Allegations and the evidence the plaintiff relys' on would be sufficent to support a verdict in plaintiff favor because:

1. The Eleventh Amendment <u>does not</u> bar this action against the defendants in their official capacities for violation of Prison regulations which weigh against immunity.

2. The Prospective Relief are not suits against the state permits the use of §1983 when such relief is sought.

1 of 3

3. The Court may also grant injunctive relief if a real and immediate threat exists that the plaintiff will be the victim of an unconstitutional action.

4. The plaintiff has exhausted administrative remedies in the Amended Complaint stating claims upon which relief may be granted.

5. The defendants participation or responsibility are demostrated in interference with guarantee Court access.

6. The defendants qualified immunity is inapplicable in this case.

7. The District Court has Jurisdiction in this case.

In support thereof, the plaintiff has submitted opposing statement disputing major facts, affidavits and exhibits and brief.

RESPECTFULLY SUBMITTED

_____
Luis Fernandez   Pro se
M.W.C.I.
1153 East Street South,
Suffield, CT 06080

2 of 3

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants attorney on this 11 day of June, 2004.

Robert F. Vacchelli,
Ass Att. Gen.
110 Sherman Street,
Hartford, CT 06105

_____
Luis Fernandez
Pro Se

3 of 3