

Ex. 6

| State of Connecticut Department of Correction | DIRECTIVE NUMBER 3.10 | EFFECTIVE DATE March 15, 2000 | PAGE 1 OF 3 |
|---|---|---|---|
| ADMINISTRATIVE DIRECTIVE | SUPERSEDES: Fees and Reimbursements - 8/4/97 | | |
| APPROVED BY [signature] 2/18/00 | TITLE: Fees, Reimbursements and Donations | | |

1. **Policy.** The Department of Correction shall seek reimbursement for any expenditure or service which may result in recovery of expenses for the State or the Department, and shall seek donations of goods to expand existing programs and services, fund new initiatives, and support charitable causes.

2. **Authority and Reference.**

    A. Connecticut General Statutes, Sections 1-15, 4-32, 4-33, 4-35, 4-56, 4-69, and 18-81.
    B. State of Connecticut, Office of the State Comptroller, State Accounting Manual.
    C. American Correctional Association, Standards for Administration of Correctional Agencies, Second Edition, April 1993, Standard 2-CO-1B-05.
    D. American Correctional Association, Standards for Adult Probation and Parole Field Services, Second Edition, March 1981, Standard 2-3082.
    E. American Correctional Association, Standards for Adult Correctional Institutions, Third Edition, January 1990, Standards 3-4031, 3-4033, 3-4034, 3-4090 and 3-4091.
    F. American Correctional Association, Standards for Adult Local Detention Facilities, Third Edition, March 1991, Standards 3-ALDF-1B-06, 3-ALDF-1B-07, 3-ALDF-1C-20 and 3-ALDF-1D-09 through 3-ALDF-1D-10.
    G. Department of Correction Fiscal Services Unit, Accounting Manual.
    H. Administrative Directives 2.17, Employee Conduct; 3.2, Handling of State Funds; 3.6, Activity Fund; and 6.10, Inmate Property.

3. **Definitions.** For the purposes stated herein, the following definitions apply:

    A. **Reimbursements.** Cash or other assets received as a repayment for the cost of work or services performed.
    B. **Revenue.** Additions to cash or other assets which neither increase a liability nor represent the recovery of an expenditure.

4. **Reimbursement of Expenditures, Current Year.** Reimbursements of expenditures made in the current fiscal year shall be recorded on the appropriation record as a reduction of total expenditures and an increase in funds available for agency use, in accordance with limitations stated in the State Accounting Manual. Fiscal Services shall expedite processing of reimbursement claims on behalf of the Department, to enable effective budget management.

5. **Reimbursement of Prior Fiscal Year Expenditures.** Refunds of prior fiscal year expenditures in the current year shall be considered revenue and such amounts shall not be available for agency use.

6. <u>Reimbursement from the Federal Government</u>. The Department shall negotiate with federal agencies for which it provides detention services; to document and periodically update a uniform contracted per diem reimbursement rate for services provided to these agencies.

7. <u>Medical Services Reimbursement</u>. The cost of medical services provided to Federal and Interstate Compact inmates shall be charged to the sending jurisdiction as provided by contract or compact. Reimbursement shall be requested by submitting invoices and a summary of services rendered. Medical services provided to Connecticut inmates housed out of state shall be paid by the medical service contractor.

   A. <u>Federal Inmates</u>. Payment for extraordinary medical services provided to Federal inmates shall be in accordance with the terms and conditions of the current agreement. Reimbursement for the medical services paid for by the Department to Federal inmates shall be required from any federal agency for which inmates are held.

   B. <u>Interstate Compact Inmates</u>. Medical Services provided to any Interstate Compact inmate shall be paid by the Department of Correction. Reimbursement shall be requested from the sending Department of Correction by submitting invoices and a summary of services rendered.

8. <u>Photocopying Expense</u>. Fees for photocopying shall be received by the Department prior to documents being provided to the requestor.

   A. <u>Other State Agency</u>. There shall be no charge for another state agency for a copy of any document under 1000 pages. If the document is more than 1000 pages, the charge shall be twenty-five cents for each page. Any charge to another state agency may be waived in accordance with a reciprocal agreement to waive such fees.

   B. <u>General Public</u>. The charge for duplicating material for the general public shall be twenty-five cents for each page copied.

   C. <u>Inmates</u>. Photocopying for inmates shall normally be restricted to legal materials. Photocopying of any other materials shall be at the discretion and convenience of the Unit Administrator. An inmate shall be charged twenty-five cents for each page copied. The funds shall be deducted from the inmate's account prior to providing the inmate with the documents. The cost for an indigent inmate, as defined in Administrative Directive 6.10, <u>Inmate Property</u>, shall be waived.

9. <u>Transcription Expense</u>. The cost for any transcript shall be the actual cost of the document, including the transcription service cost and a per page copying cost of twenty-five cents.

10. <u>Computer Data</u>. The Deputy Commissioner of Programs shall establish the fee for computer data. The fee shall reflect the actual cost to the Department for compiling and providing the data. A fee shall be charged for printouts and material provided in any electronic form such as a diskette or tape.

11. <u>Reimbursable Employee Expenses</u>. The telephone services provided by the State are strictly for State business. For each billing cycle, state agencies receive from Department of Administrative Services Telecommunications, a bill that consists of itemized charges allocated

| DIRECTIVE NO. | EFFECTIVE DATE | PAGE | OF |
|---|---|---|---|
| 3.10 | March 15, 2000 | 3 | 3 |

**TITLE:** Fees, Reimbursements and Donations

to the agency for the particular billing period and reported to the Comptroller for payment.

    A. **Telephone Expenses.** Each Unit Head shall insure that all charges on the bill shall be verified by each user. The certification sheet shall be signed by the Unit Head and returned to Department's Telecommunications Unit with any exceptions posted. Any exceptions, e.g., personal calls, shall be reimbursed at this time.

    B. **Credit Card Calls.** A Monthly Calling Card Report, Attachment A, is provided for each credit card holder. Each cardholder must sign the report certifying that all charges are valid and were incurred in the course of conducting State business. Any exceptions, e.g., personal calls, shall be noted. The signed report shall be returned to the Telecommunications Unit within one (1) month of the report date. Reimbursement of personal calls shall be made at this time.

    C. **Cellular Phones.** A Monthly Cellular Phone Report, Attachment B, is provided for each cellular phone holder. Each cellular phone holder shall sign the report certifying that all charges are valid and were incurred in the course of conducting State business. Any exceptions, e.g., personal calls, shall be noted. The employee will be held accountable for reimbursing the State for the cost of such calls. The signed report shall be returned to the Department's Telecommunications within one month of the report date. Reimbursement of personal calls shall be made at this time.

12. **Donations.** The Director of Program Development shall coordinate activities to promote donations.

13. **Fund Credits and Recognition.** Funds raised by inmates on behalf of a charitable cause shall be credited to the Activity Fund prior to donating any funds.

    For donated goods or funds, the Unit Administrator shall complete the Donated Goods Form, Attachment C, issue the original to the donor, maintain a copy at the facility and forward a copy to the Fiscal Services Unit.

14. **Donated Goods.** Goods may include, but shall not be limited to: reading materials, magazines, seeds, plants, furniture, appliances, yarn, pet food, wood, garden and farming tools and equipment, art supplies, religious materials, musical instruments, holiday gifts and sports equipment.

15. **Books.** Facilities shall be encouraged to request the donation of new and used reading materials, statute books and other legal materials from private sources, law offices and other state agencies.

16. **Acknowledgment.** Upon request, the unit shall issue a receipt of donation on the Connecticut Department of Correction letterhead form.

17. **Exceptions.** Any exceptions to this Administrative Directive shall require prior written approval from the Commissioner.

ATTACHMENT A

```
BILLING MONTH: SEPTEMBER                                                              REPORT DATE: 11/10/1999

DOC - BRIDGEPORT CC                          0000-0108-0000-0000-0000                     Seq: 3,109
INDIVIDUAL CALLING CARD REPORT FOR:                    CARD NO.                           Page:     1

CALL     CALL      FROM                       TO                            CALL      CALL       BILL
DATE     TIME      TOWN - STATE  TELEPHONE NO.  TOWN - STATE  TELEPHONE NO.  MIN:SEC   AMOUNT     CODE

08/24    14:13     WATERBURY  CT               BRIDGEP    CT                 20:18     1.72
08/31    09:09     WATERBURY  CT               HARTFOR    CT                  1:48     0.29

                   TOTAL CALLS:     2    TOTAL MIN/SEC:   22:06   TOTAL AMOUNT:    2.01
```

I CERTIFY THAT:
(1) THE CALLS LISTED ABOVE WERE MADE BY ME, EXCEPT FOR ANY CORRECTIONS I HAVE NOTED HEREIN;
(2) THAT THESE CALLS WERE NECESSARY TO THE PERFORMANCE OF MY DUTIES, AND THEY WERE NOT PERSONAL CALLS;
(3) TO MY KNOWLEDGE THE CALLING CARD NUMBER HAS NOT BEEN DISCLOSED TO ANYONE ELSE; AND
(4) THE CARD IS STILL IN MY POSSESSION.

RETURN THIS REPORT TO YOUR AGENCY BUSINESS OFFICE.           CARD HOLDERS SIGNATURE AND DATE

CALL 1-800-441-5678 AT ANY TIME FROM ANYWHERE IN CONNECTICUT TO CANCEL YOUR CALLING CARD NUMBER DUE TO LOSS,
THEFT OR SUSPECTED DISCLOSURE OF YOUR CARD NUMBER TO OTHERS. SEE YOUR AGENCY BUSINESS OFFICE FOR A REPLACEMENT.

Billing Month: NOVEMBER

Report Date: 01/14/2000

DEPT. OF CORRECTION CENTRAL BUSINESS SEV  E000-0500-0000-0000-0000

Individual cellular phone report for:

Seq: 49
Page: 1

Cellular Phone No.:

### Other Charges and Credits

| Call Date | Call Time | Call Description | Destination Number | Account Number | Call Amount |
|-----------|-----------|------------------|--------------------|----------------|-------------|
| 09/27 | | VOL DISCOUNT | | | -0.66 |
| 10/25 | | VOICE MAIL A | | | 3.99 |
| 10/25 | | CT 911 SURCH | | | 0.06 |
| 10/25 | | VOICE MAIL D | | | -3.99 |

### Monthly Charges

| | Account Number | Monthly Services |
|---|---|---|
| | | 10.99 |

Total Calls Count:  0    Total Minutes:         Total Amount:  10.39

I certify that:

(1) the calls listed above were made by me, except for any corrections I have noted herein, and

(2) these calls were necessary to the performance of my duties, and they were not personal calls.

_____
Cellular phone user's signature and date

Please return this report to your agency business office.

ATTACHMENT C

DONATIONS
## TO
THE CONNECTICUT DEPARTMENT OF CORRECTION

- Name of Donor _____
  Agency, Group or Person

- Address of Donor _____
- Description of contribution:

  ☐ service       ☐ funds       ☐ goods

  (description/purpose) _____
  _____
  _____
  _____
  _____

- Date _____     Value $ _____

- _____    _____
  Signature of Donor                 Signature of CT DOC Staff

§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

DONATIONS
## FROM
THE CONNECTICUT DEPARTMENT OF CORRECTION

- Name of Facility _____

- Address of Facility _____
- Description of contribution:

  ☐ service       ☐ funds       ☐ goods

  (description/purpose) _____
  _____
  _____
  _____
  _____

- Date _____     Value $ _____
                                           (if applicable)

- _____    _____
  Signature of CT DOC Staff          Signature of Agency/Group

Directive 3.10
2/7/00



| State of Connecticut<br>Department of Correction<br>ADMINISTRATIVE DIRECTIVE | DIRECTIVE NUMBER<br>10.3 | EFFECTIVE DATE<br>March 15, 1999 | PAGE 1 OF<br>2 |
|---|---|---|---|
| APPROVED BY [signature] 2/23/99 | SUPERSEDES: Legal Assistance to Prisoners - 3/29/96 | | |
| | TITLE: Legal Assistance to Prisoners | | |

1. **Policy.** The Department shall provide for an inmate's access to courts and for legal assistance through a contracted legal firm.

2. **Authority and Reference.**

    A. Connecticut General Statutes, Section 18-81.
    B. American Correctional Association, Standards for Adult Correctional Institutions, Third Edition, January 1990, Standards 3-4262 through 3-4264.
    C. American Correctional Association, Standards for Adult Local Detention Facilities, Third Edition, March 1991, Standards 3-ALDF-3E-01 through 3-ALDF-3E-01.
    D. Administrative Directive 2.17, Employee Conduct.

3. **Access to Court.** The Department of Correction shall contract with a law firm/agency to provide legal assistance to inmates and inmate access to the civil judicial system. Designated staff at each facility shall expedite access to the contracted vendor through assistance in supportive functions (e.g., legal phone calls, photocopying as appropriate, etc.).

4. **Scope of Services.** The contract services shall be limited to rendering assistance which shall include identifying, articulating and researching legal claims and enabling inmates with access to the judicial system through advice, counsel and physical preparation of meaningful legal papers such as writs, complaints, motions and memorandum of law for claims having legal merit. The meaningful papers referred to shall be limited to those which are needed to give prisoners a reasonably adequate opportunity to present, among other claims, claimed violations of fundamental constitutional rights to the courts, either as a plaintiff seeking judicial relief or as a defendant opposing such relief. Access to the Court shall not include representation before the Court or the filing of an Appearance in a civil case, unless otherwise excepted in the contract as it pertains to Connecticut Correction Institution York or by request of the Commissioner or his designee.

5. **Special Attorney for Connecticut Correction Institution York.** The contract shall provide for a full time attorney to represent the Connecticut Correctional Institution at York in family matters including, but not limited to, divorces, child custody, and Department of Children and Families proceedings. The attorney shall be present at Connecticut Correctional Institution at York at least one (1) day or its equivalent each week. In exceptional circumstances, the attorney shall be permitted to cover continuances and calendar calls in non-Connecticut Correctional Institution at York cases arising in the court in which the attorney is already scheduled to be present.

6. **Request for Legal Assistance.** Information regarding legal assistance shall be made available to inmates through posted notices, inmate handbooks or orientation information. Each unit shall establish procedures for inmates to request legal assistance. It shall be the responsibility of the contractor to install and maintain a toll free number to facilitate access to the program by inmates.

7. **Case Records and Confidentiality.** The contractor shall maintain inmate case records documenting all pertinent interactions with inmates. Inmate case records shall include individual and/or group counseling sessions, intake sheets, investigative reports, notes, legal documents prepared for the inmate as a result of said interaction(s) and legal research. Appropriate confidentiality shall be maintained in accordance with the applicable rules of professional conduct and as stated in the contract.

8. **Reports.** The contractor shall provide the Department with statistical, financial, and programmatic information for the purposes of monitoring and evaluating programs and establishing management information systems.

9. **Conduct of Contract Staff.** Contract vendor staff, while in a correctional facility, shall be required to conduct themselves in a professional manner and abide by all Department of Correction policy, to include Administrative Directive 2.17, Employee Conduct. In addition, special work rules shall be included in the contract, which shall apply to the contract vendor staff.

10. **Training.** Designated staff at each facility shall be trained on the appropriate provisions of the contract.

11. **Inmate Communication.** In the event that an inmate needs to correspond with another inmate in regard to a pending legal matter, that inmate shall seek an appropriate court order to do so. The inmate seeking the court order may request the assistance of the contract vendor in this process.

12. **Exceptions.** Any exception to the procedures in this Administrative Directive shall require prior written approval from the Commissioner.