

Ex. 1

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name:** Luis Fernandez
**Inmate no.:** 279900
**Facility:** Cheshire C.I.
**Housing unit:** SB 631
**Date:** 9/21/03
**Submitted to:** Counselor Gallick

**Request:** is submitted regarding assistance with a typewriter to write and complete motions for the Appellate Court since the Appellate Court only allows typewritten motions and Practice Book Rules. Sir, do note that since August, 2002 thru Oct, 2002 while this writer was in this unit there has not been a typewriter available to access the Courts and is necessary at this time. Thank you!

**Previous Action Taken:**

**Acted on by (print name):** Defelice
**Title:** CTO

**Action Taken and/or Response:** We have ordered one for the unit. Until then you must use the typewriters in the Resource Center.

**Staff Member Signature:** [signature]
**Date:** 9/22/03

C.C.
Inmate: Luis Fernandez #279900



Ex. 2



# Administrative Directives Revision Form
## Connecticut Department of Correction

CN 1305
REV 1/27/03

| Number | 9.6 | Title | Inmate Administrative Remedies |

**Summary of revisions:**

The title of the Administrative Directive has changed to Inmate Administrative Remedies

Section 2(J) added the reference 10.7, Inmate Communication

Section 10(H) added to reflect new form CN 9605, Inmate Grievance Withdrawal

Revisions are: ☒ Modification   ☐ Recision

Approved [signature]   Date 3/5/03

E. <u>Confidentiality</u>. The confidentiality of the contents of the grievance file, the grievance log, and any record of an inmate's participation in any grievance proceeding shall be maintained in accordance with the existing state statutes and regulations. All files shall be maintained in a locked cabinet not accessible to any person other than the Grievance Coordinator or Level 1 reviewer. Grievance Coordinators involved in the disposition of a grievance shall have access to records and information essential to the resolution of the grievance. This section shall not be cause for immunity from disciplinary action based on statements made in a grievance.

21. <u>Reprisal Against Staff</u>. No staff member who participates in the resolution of a grievance shall be affected negatively for participation in the solution of a grievance.

22. <u>Reprisal Against Inmates</u>. In accordance with Administrative Directive 2.17, Employee Conduct, no inmate shall suffer negative consequences such as denial or limitation of access to any privilege, service or program offered by the unit either formally or informally for good faith use or participation in the Inmate Grievance Procedure.

23. <u>Monitoring and Evaluation</u>. The Unit Administrator shall conduct an evaluation of the Inmate Grievance Procedure in May of each year. Inmates and employees shall be afforded an advisory role in the evaluation, which shall include a review of both the effectiveness and credibility of the Inmate Grievance Procedure and recommendations for revision. An annual report for each fiscal year shall be presented to the Commissioner by September 1 of each year. The report shall include the findings and recommendations of the evaluation process, statistical data regarding the number and type of grievances, types of dispositions and level of disposition, sample responses from each level, remedies granted, and evidence of compliance with time limits at each level of decision.

24. <u>Exceptions</u>. Any exception to the procedures in this Administrative Directive shall require prior written approval from the Commissioner.



Ex. 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

v.

John Armstrong, et al

: PRISONER
: CASE NO. 3:03CV583
: (JCH)(HBF)
:
: March 9, 2004

DEFENDANTS' ANSWERS TO PLAINTIFF'S
FIRST REQUEST FOR ADMISSIONS

Plaintiff requests pursuant under Rule 36, F.R.C.P., the defendants to make the following Admissions within 30 days after service of this request. (Attach page if necessary space and be specific).

1. The Grievance Level 1, 2 and 3 are process by fist, the Inmate places the Grievance in a box were the name Grievance is marked in the out-side of the box locked in the hall way or in the Housing Units, second the Grievance Coordinator staff collects the Grievances for processing a number is given to this document for loging, third the Warden or Acting Warden makes a review signing-off the Grievance decision.
RESPONSE:   See Attachment A.

1 of 3

2. The CHESHIRE DEPARTMENT OF CORRECTIONAL Ins. policy about the Grievance Procedures is contained in Administrative Directive 9.6, policy.
RESPONSE: See Attachment A.

3. The CHESHIRE DEPARMENT CORRECTIONAL Ins. Library is accessed threw Regular Request forms (CN 9602) pursuant Administration Directives 9.6, policy and Emergency Access Request form Approval by the Unit Manager And Librarian or Unit Manager, Librarian And A Major.
RESPONSE: See Attachment A.

4. The Library or Resource Center from Cheshire Department of Correctional Inst. use of Typewriters Consist of first come first serve policy.
RESPONSE: See Attachment A.

2 of 3

5. Plaintiff while Confined in Cheshire Department of Correctional Inst. did not present an immediate risk of death or injury to any person, escape, or destruction of property.

RESPONSE: See Attachment A.

RESPECTFULLY SUBMITTED

Luis Fernandez Pro Se
M.W.C.I.
1153 East Street South,
Suffield, CT 06080

## CERTIFICATION

I hereby Certify that a copy of the foregoing was mailed to the following on this 9th day of March, 2004.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

3 of 3

## ATTACHMENT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV583 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | MARCH 31, 2004 |

### DEFENDANTS' ANSWERS TO PLAINTIFF'S
### FIRST REQUEST FOR ADMISSIONS

1. Denied. The grievance procedure is set forth in DOC Directive 9.6.

2. Admit.

3. Denied.

4. Admit.

5. Denied.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591



Ex. 4

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

**INMATES' LEGAL ASSISTANCE PROGRAM**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Foye A. Smith
Jenna M. Edmundson

September 26, 2002

Luis Fernandez
#279900
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Fernandez:

This letter is written in response to your letter dated September 12, 2002, which was received at ILAP on September 18, 2002. As you are aware, the terms of the contract between ILAP and the State of Connecticut limit this office to providing advice as to process and procedure, as well as on preparation of documents, in civil cases only. Since the cases you requested are criminal, ILAP cannot assist you.

You should address your questions to your private criminal attorney, if you have one, or the Office of Public Defenders. Your criminal attorney is better qualified to answer your questions and help you prepare your case.

Should you require future legal research with any civil matter, please do not hesitate to contact ILAP at the address provided below.

Sincerely,

Katrina Vallett, Paralegal/Secretary

Jenna Edmundson, Staff Attorney

78 OAK STREET • P.O. BOX 260237 • HARTFORD, CT 06126-0237 • TEL. (860) 246-1118 • FAX (860) 246-1119
TOLL FREE NUMBER 1-800-301-ILAP
