UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  | PRISONER |
|---|---|---|
| LUIS FERNANDEZ | : | CIVIL NO. 3:03CV146 (WWE)(HBF) |
| v. | : |  |
| MONICA RINALDI, ET AL. | : | JUNE 29, 2004 |

### DEFENDANTS' MEMORANDUM IN RESPONSE TO PLAINTIFF'S OPPOSITION, DATED JUNE 11, 2004, TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    This case is a civil rights action by Luis Fernandez, an inmate of the Connecticut Department of Correction, complaining that his constitutional rights were violated because he was charged $7.50 for photocopies for his Freedom of Information Act request in 2002. Plaintiff never paid the charge and was not given those copies. Def. Statement para. 11. In response to Defendants' Motion for Summary Judgment, plaintiff disclosed that he sought the same records in discovery by Motion to Compel in a state court habeas corpus action in Fernandez v. Warden, No. CV 02 0469955 S. See Plaintiff's Affidavit in Opposition to Defendant's Motion for Summary Judgment dated June 11, 2004, p. 11, para. 12. A review of that state court file indicates that the same records in issue in the above captioned case were, indeed, given to plaintiff, without charge, on or about January 21, 2003 in that state court habeas case. See Records, Exhibit A. Moreover, the file reveals that plaintiff apparently had the records, or at least some of them, even earlier as they were attached to his Amended Verified Complaint dated December 2, 2002, in that case. See Amended Verified Complaint, Exhibit B. Nevertheless, plaintiff filed the above case by Amended Complaint dated November 22, 2003.

    This disclosure raises another reason for dismissing the above captioned case: lack of standing due to lack of harm.

Constitutional standing "is the threshold question in every federal case, determining the power of the court to entertain the suit." Warth v. Seldin, 422 U.S. 490, 498, 95 S.Ct.2197, 45 L.Ed.2d 343 (1975) cited in Elk Grove United School District v. Newdow, 124 S.Ct. 2301 (2004); accord Valley Forge Christian College v. Americans United for Separation of Church and State, Inc. 454 U.S. 464, 475-76, 102 S.Ct. 752, 70 L.Ed.2d 700 (1982) ("Those who do not possess Art. III standing may not litigate as suitors in the courts of the United States."). Article III's requirement of a "case or controversy" obligates the federal courts to hear only suits in which the plaintiff has alleged some actual or threatened harm to him or herself, as a result of "putatively illegal action." Linda R.S. v. Richard D., 410 U.S. 614, 617, 93 S.Ct. 1146, 35 L.Ed.2d 536 (1973) accord Gladstone, Realtors v. Village of Bellwood, 441 U.S. 91, 99, 99 S.Ct. 1601, 60 L.Ed.2d 66 (1979) ("In order to satisfy Art. III, the plaintiff must show that he personally has suffered some actual or threatened injury as a result of the putatively illegal conduct of the defendant.") Moreover, the courts may hear only suits that may be redressed through a judgment of the court, see Gladstone, supra at 100, and in which the harm complained of is "distinct and palpable", Warth, surpa at 501. In order to have standing, a plaintiff must : (1) have suffered "an invasion of a legally protected interest which is (a) concrete and particularized, and (b) actual or imminent, not conjectural or hypothetical," Lujan v. Defenders of Wildlife, 504 U.S. 555, 560, 1123 S.Ct. 2130, 119 L.Ed.2d 351 (1992) ( Internal quotations and citations omitted); (2) show that the injury is caused by the challenged activity; and (3) show that the injury is apt to be redressed by a remedy the court is prepared to give. See id at 560-61.

Plaintiff has failed to show harm in this case. Therefore, he has failed to show that he has standing to invoke the jurisdiction of the court.

## CONCLUSION

For all of the foregoing reasons, we urge the Court to render summary judgment for the defendants, and dismiss the Amended Complaint accordingly.

          DEFENDANTS
          Monica Rinaldi, et al.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY:     /s/_____
       Robert F. Vacchelli
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct05222
       E-Mail:  robert.vacchelli@po.state.ct.us
       Tel.: (860) 808-5450
       Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of June, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

       _____/s/_____
       Robert F. Vacchelli
       Assistant Attorney General