# EXHIBIT A

*file copy*
*(NP)*

RICHARD BLUMENTHAL
ATTORNEY GENERAL



MacKenzie Hall
110 Sherman Street
Hartford, CT  06105-2294

(860) 808-5318

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

January 21, 2003


Luis Fernandez, Inmate No. 279900
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410


**Re:**   *Fernandez v. Warden,* CV-02-0469955
       <u>Discovery</u>

Dear Mr. Fernandez:

     Please find the enclosed discovery in compliance with the court's order dated December 20, 2002.  The Department of Correction informs me that the original disciplinary report has been misfiled and they are searching for it.  Once it is found, I will provide you with copies of the photographs, if there are more than the three that I have provided today.

                    Very truly yours,

                    Neil Parille
                    Assistant Attorney General



# Critical Incident Summary Report
## Walker Reception & Special Management Unit

6-25-99
mg

| Date: 10-13-01 | Time: 4:58pm | *01-1305* |
|---|---|---|

| Facility: MACDOUGALL-WALKER CI. | Location: B-2 HOUSING UNIT | Incident Class: 2 I |
|---|---|---|

**Inmate(s) Involved:** SAWYER, DOUGLAS #267665
FERNANDEZ, LUIS #279900

**Staff Involved:** OFFICERS CHRISTIE, RODRIGUEZ, KING, BROWNE, FORGETTE, BACKIEL, O'CONNOR, NESTA AND LIEUTENANT MAYLOR

**Synopsis of Incident:** THIS WRITER WAS IN THE B-2 UNIT CONDUCTING A TOUR DURING THE EVENING MEAL AND CALLED A CODE BLUE. INMATE FERNANDEZ ASSAULTED INMATE SAWYER BY PUNCHING HIM WITH CLENCHED FIST IN THE LEFTSIDE OF HIS FACIAL AREA. FERNANDEZ STATES THAT SAWYER WALKER TOWARDS HIM AND STATED THAT HE WANTED TO KISS HIM. FERNANDEZ STATES HE BECAME UPSET AND PUNCHED HIM. FERNANDEZ CONNECTED FOUR TIMES AND KICKED SAWYER ONCE WHICH WAS OBSERVED BY THIS WRITER. A CODE BLUE WAS CALLED AND I SECURED FERNANDEZ AGAINST THE WALL BY CELL B-72 IN RESTRAINTS. RESPONDING STAFF ESCORTED BOTH INMATES OUT OF THE UNIT, FERNANDEZ TO RESTRICTIVE HOUSING AND SAWYER TO MEDICAL THEN U-CONN MEDICAL FOR THE INJURIES HE SUSTAINED. BOTH INMATES WERE PROCESSED INTO RHU PENDING INVESTIGATION ON ADM. DET. STATUS.

**Description of Injuries Staff/Inmate(s). If Staff, list home address, phone, medical unit treatment site, expected loss of time from work:** THERE WERE NO INJURIES TO STAFF BUT INMATE SAWYER RECEIVED SUTURES ABOVE HIS LEFT EYE WHERE HE RECEIVED A LACERATION. ALSO HIS LEFT EYE AREA HAD MULTIPLE VASCULAR INJURIES FROM THE CONTACT FERNANDEZ MADE BY PUNCHING HIM.

| Use of Chemical Agent:  ☐ Yes ☒ No | Use of Force:  ☒ Yes ☐ No |
|---|---|

**Contraband/Description:**
NONE

| DR Issued:  ☒ Yes ☐ No | Offense: ASSAULT |
|---|---|

**Contacts:**

| Duty Officer: MAJOR CARTER(LT. CORRIVEAU) | Date/Time: 10-13-01   5:17PM |
|---|---|
| Warden: | Date/Time: |
| Complex Warden: | Date/Time: |
| Police/Fire: TROOPER GINKLEY | Date/Time: 10-13-01   8:12PM |
| Outside Agency: | Date/Time: |

**Other Action Taken:** CRIMINAL PROSECUTION AGAINST FERNANDEZ FOR ASSAULT THROUGH C.S.P.

*H01~272104*

| Community Alert System Activated:  ☐ Yes ☒ No | |
|---|---|
| Shift Commander/ Supervisor: S. MAYLOR | Date/Time: 10-13-01   11:00PM |
| Warden/Designee: | Date/Time |

# Critical Incident Summary Report
## Walker Reception & Special Management Unit
## Page___2___

6-25-99 mg

| Date:<br>10-13-01 | | Time:<br>4:58PM | |
|---|---|---|---|
| Facility:<br>MACDOUGALL-WALKER | Location:<br>B-2 HOUSING UNIT | | Incident Class:<br>2  I |

**Synopsis of Incident (contd'):** THIS WRITER WAS CONTACTED BY THE LIEUTENANTS' OFFICE AT THE MACDOUGALL BUILDING AND ADVISED TO CONTACT C.S.P. CONCERNING THE ASSAULT. TROOPER GINLEY ARRIVED AT THE FACILITY AT 8:12PM AND ARRESTED INMATE FERNANDEZ FOR ASSAULT 1ST DEGREE. THE INMATE REFUSED TO SIGN FOR HIS NOTICE OF RIGHTS AND DECLINED TO MAKE A STATEMENT WITH THE TROOPER. THIS WRITER GAVE A STATEMENT TO THE TROOPER SINCE I WAS DIRECTLY INVOLVED AND AN EYEWITNESS TO THE ASSAULT BY FERNANDEZ. AS INMATE SAWYER WAS AT U-CONN MEDICAL A STATEMENT FROM HIM WAS NOT ENTERED AND TROOPER GINLEY STATED IT WAS NOT NEEDED. A COPY OF THE TROOPERS PAPERWORK WAS SUBMITTED WITH THE INCIDENT AND CASE #H01-272104.

THERE WAS MINIMAL BLOOD SPILL WITHIN THE UNIT THAT WAS CLEANED UTILIZING OCCUPATIONAL EXPOSURE PROTOCOL. THE CLEANING ITEMS TO INLCUDE THE INMATES JUMPSUIT WAS DISPOSED OF IN THE BIOHAZARD BOX IN THE MEDICAL DEPARTMENT.

THIS WRITER REMAINED IN THE UNIT TO ENSURE THAT THE EVENING MEAL WOULD CONTINUE WITHOUT FURTHER INCIDENT, WHICH IT DID. THE CODE WAS CLEARED AT 5:20PM. AND ALL AREAS RETURNED TO NORMAL OPERATIONS.

☒ Individual    **Incident Report Page**    CN 6601

☐ Summary    **Connecticut Department of Correction**    3-8-96

| **Facility/CSO** MACDOUGALL-WALKER | **Incident location** B-2 UNIT | **Report no.** 01-1303 |
|---|---|---|
| **Prepared By** P. CHRISTIE | **Title** OFFICER | **Report date** 10-13-01 |

**Incident Class** ☐ 1   ☐ 1a   ☒ 2   ☐ 3    **Type** "I"    **Time** 4:58   ☐ a.m.   ☒ p.m.

| Inmate Name (last and first) | Hsg Unit | Race | ID no. | Status | Staff name (last and first) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| SAWYER, DOUGLAS | B-51B | W | 267665 | V | CHRISTIE, PAMLA | B | C/O | R |
| FERNANDEZ, LUIS | B-95A | H | 279900 | S | MAYLOR, SAMUEL | B | LT. | R |
| | | | | | RODRIGUEZ, CARLOS | H | C/O | EW |
| | | | | | KING, JAMES | W | C/O | EW |
| | | | | | BROWNE, THOMAS | W | C/O | EW |
| | | | | | FORGETT, ROBERT | W | C/O | EW |

Status code: V = victim, S = suspect, E = escape, R = first employee
Responder, W = inmate witness, EW = employee witness

Race code: W = White, B = Black, H = Hispanic,
N = Native American, O = Other

**NARRATIVE:** ON 10-13-01 AT APPROXIMATELY 4:58PM CHOW WAS IN PROGRESS LIEUTENANT MAYLOR CALLED A CODE BLUE IN THE HOUSING UNIT. IT APPEARED THAT INMATE FERNANDEZ #279900 HAD ASSAULTED INMATE SAWYER #267665. LIEUTENANT MAYLOR WAS IN THE HOUSING UNIT AT THE TIME AND SECURED FERNANDEZ AGAINST THE WALL BY CELL #72. STAFF RESPONDING TO THE UNIT WERE RODRIGUEZ, KING, BROWNE AND FORGETT ALL ASSISTED IN THE CONTROL OF THE INMATES THAT WERE OUT FOR CHOW IN THE DAYROOM. BOTH INMATES WERE ESCORTED OUT OF THE UNIT SEPARATELY AND EVALUATED BY MEDICAL.

| **Reporting employee signature** *Christie, P* | P. CHRISTIE |
|---|---|

**Title** OFFICER      **Date** 10-13-01

## FOLLOW UP

**Property Damage** N/A      **Value $** N/A

**Contraband Recovered** N/A

**Physical Force** YES    **Chemical Agents** N/A    **Restraints** HANDCUFFS

**Assigned to:**
☐ Protective Custody    ☐ Isolation    ☐ Medical
☒ Administrative Detention    ☒ Outside hospital SAWYER UCONN MEDICAL
☐ 15 – minute watch    ☐ Other:_____

CN 6601
3-8-96

Connecticut Department of Correction

## CONTACTS

| | | | | | |
|---|---|---|---|---|---|
| **Unit Administrator** DUTY OFFICER MAJOR CARTER | **Date** 10-13-01 | **Time** 5:17 | ☐ a.m. | ☒ p.m. |
| **Central Office** | **Date** | **Time** | ☐ a.m. | ☐ p.m. |
| **Outside Agency** C.S.P. | **Date** 10-13-01 | **Time** 8:12 | ☐ a.m. | ☒ p.m. |
| **Police** | **Date** | **Time** | ☐ a.m. | ☐ p.m. |
| **Fire** | **Date** | **Time** | ☐ a.m. | ☐ p.m. |

## OTHER ATTACHED REPORTS

| | |
|---|---|
| **Use of Force** (6) | **Medical** (2) 3 photos |
| **Disciplinary** (1) | **Other(specify)** Page 3 thens (2) CN 940 1, (1) CN 640 1 (2) property forms, form 7300, |

## CRIMINAL PROSECUTION

Appearance Bond, notice of Bond, (2) witness statement, Seggregation Issue

| | | |
|---|---|---|
| If a staff member was assaulted during the Incident, is criminal prosecution requested? ☒ Yes ☐ No | CT State Police investigation no. | H01-272104 |

**Shift Supervisor Review:** SEE ATTACHED PAGE 3

---

| | | | |
|---|---|---|---|
| **Signature** S. MAYLOR | **Title** LIEUTENANT | **Date:** 10-13-01 |

**Unit Administrator Review** Onmate Sawyer moved to A-1 for assault, inmate Fernandez remain in Riverfamily DK for Assault. Profile request initiated. MCar 10/18/01

| | | |
|---|---|---|
| **Signature** | **Title** A/warden | **Date:** 10/19/01 |

**Central Office Review:**

| | | |
|---|---|---|
| **Signature** | **Title** | **Date:** |

☐ Individual
☒ Summary

# Incident Report - Part 3

## Connecticut Department of Correction

| Unit MACDOUGAL-WALKER | Report No. | Report Date 10/13/01 |
|---|---|---|

| Prepared By S. MAYLOR | Title LIEUTENANT | Signature |
|---|---|---|

| Incident Class 1☐ 1A☐ 2☒ 3☐ | Type " I" | Time 4:58 ☐ A.M. ☒ P.M. | Date 10/13/01 |
|---|---|---|---|

ON THE ABOVE DATE THIS WRITER WAS ASSIGNED AS THE UNIT SUPERVISOR AND WAS TOURING THE B-UNIT. CHOW WAS UNDERWAY IN B-1 HOUSING UNIT WITH ONE GROUP LEFT SO THIS WRITER WENT ON TO TOUR THE B-2 HOUSING UNIT. AS THIS WRITER WAS COMPLETING THE TOUR OF THE UNIT AND WALKING TOWARDS THE SERVING LINE WHERE THE INMATES WERE RETRIEVING THEIR EVENING MEALS I OBSERVED AN UNIDENTIFIED INMATE PUNCH ANOTHER INMATE. THIS WRITER YELLED TO THE INMATES TO CEASE THEIR ACTIONS AND INMATE FERNANDEZ, LUIS #279900 B-95A WHO MADE THE INITIAL CONTACT WITH A CLOSED FIST TO SAWYER, DOUGLAS #267665 FACIAL AREA CONTINUED TO PUNCH HIM FOUR MORE TIMES. A CODE BLUE WAS CALLED BY THIS WRITER AS I APPROACHED BOTH INMATES WITH SAWYER FALLING TO THE GROUND IN THE FETAL POSITION AND FERNANDEZ KICKING HIM. THIS WRITER GRABBED FERNANDEZ AROUND HIS UPPER TORSO AREA AND SECURED HIM AGAINST THE WALL NEAR B-72 AND HAND RESTRAINTS WERE APPLIED.

I DIRECTED OFFICER CHRISTIE WHO WAS ASSIGNED TO B-2 HOUSING UNIT TO HAVE THE INMATES THAT WERE IN THE DAYROOM FOR CHOW BE SEATED. RESPONDING STAFF TO THE CODE WERE OFFICERS RODRIGUEZ, KING, BROWNE, FORGETTE, O'CONNOR AND NESTA. OFFICER NESTA AND O'CONNOR WERE DIRECTED BY THIS WRITER TO ESCORT INMATE FERNANDEZ OUT OF THE UNIT AND TO RESTRICTIVE HOUSING UNIT. LIEUTENANT GARVEY WAS CALLED VIA RADIO AND ADVISED THAT THE INMATE WAS ENROUTE TO THE OPERATIONS AREA AS HE WOULD PROCESS THE INMATE INTO RHU CELL #12. OFFICER T. BROWNE AND FORGETTE ESCORTED SAWYER FROM THE B UNIT COUNSELORS' OFFICE TO MEDICAL TO BE EVALUATED FOR HIS INJURIES SUSTAINED. OFFICER KING WAS ASSIGNED TO VIDEO RECORD THE INCIDENT FROM THE B-2 UNIT TO MEDICAL AND RESTRICTIVE HOUSING.

SAWYER, DOUGLAS #267665 (B-51B) WAS INTERVIEWED: HE STATED THAT HE WAS STANDING IN LINE WHERE THE EVENING MEAL WAS BEING SERVED WHEN HE WAS HIT IN THE FACE. HE STATES THAT HE DID NOT KNOW WHO HIT HIM BUT THOUGHT THAT SOMEONE SLIPPED COMING OFF THE STAIRS AND HIT HIM BY ACCIDENT. HE ALSO STATES THAT WHEN HE WAS PUNCHED THREE OR FOUR MORE TIMES HE KNOW SOMEONE WAS ASSAULTING HIM AND FELL TO THE GROUND IN AN ATTEMPT TO COVER AND SHIELD HIMSELF. SAWYER STATES THAT HE DID NOT KNOW WHO THE INMATE WAS THAT HIT HIM AND DID NOT KNOW WHY ANYONE WOULD HIT HIM.

FERNANDEZ, LUIS #279900 (B-95A) WAS INTERVIEWED: HE STATED THAT HE WAS WALKING TOWARDS THE SERVING LINE TO PICKUP HIS EVENING MEAL AND HE WAS APPROACHED BY SOME INMATE (SAWYER) WHO STATED THAT HE WANTED TO KISS HIM. HE STATED THAT HE BECAME MAD AND STARTED TO PUNCH SAWYER IN THE FACE. THE INMATE WAS ASKED WHY WOULD HE RESORT TO A PHYSICAL ASSAULT AND HE STATED THAT HE DID NOT LIKE WHAT WAS SAID TO HIM. THIS WRITER ASKED FERNANDEZ IF HE HAD ANY INTERACTION WITH SAWYER PRIOR TO THIS INCIDENT AND HE STATED NO, HE WAS ASKED IF HE WAS GANG AFFILIATED AND DIRECTED TO ASSAULT THIS INMATE AND HE STATED NO.

INMATE FERNANDEZ DID NOT RECEIVE ANY INJURIES AS HE WAS THE AGGRESSOR IN THIS INCIDENT. HE WAS EVALUATED BY CHN GOLDEN (SEE ATTACHED MEDICAL REPORT) AND PROCESSED AND SECURED IN RESTRICTIVE HOUSING CELL #12 A. HE WAS PLACED ON ADMINISTRATIVE DETENTION STATUS PENDING INVESTIGATION FOR ASSAULT AND RECEIVED A DISCIPLINARY REPORT FOR THE SAME. INMATE SAWYER WHO RECEIVED INJURIES TO THE LEFTSIDE OF HIS FACIAL AREA WAS EVALUATED BY MEDICAL DEPARTMENT. IT WAS DETERMINED BY

| Individual ☐ Summary ☒ | **Incident Report - Page 4** Connecticut Department of Correction | | |
|---|---|---|---|
| **Unit** MACDOUGAL-WALKER | **Report No.** | | **Report Date** 10/13/01 |
| **Prepared By** S. MAYLOR | **Title** LIEUTENANT | | **Signature** |
| **Incident Class** 1☐ 1A☐ 2☒ 3☐ | **Type** " I " | **Time** 4:58 ☐ A.M. ☒ P.M. | **Date** 10/13/01 |

ON-SITE STAFF THAT SAWYER WOULD NEED TO BE TRANSPORTED TO U-CONN MEDICAL FOR FURTHER CARE. OFFICER PELKEY WAS DIRECTED TO TRANSPORT THE INMATE TO U-CONN MEDICAL VIA THE WEST LOADING DOCK. LIEUTENANT CARNES WAS NOTIFIED THAT THE INMATE WOULD BE ARRIVING AND GIVEN A SYNPOSIS OF THE INCIDENT. THE OFFICER AND INMATE RETURNED TO THE FACILITY AT 10:01PM AND WAS SUBSEQUENTLY SECURED IN RHU CELL 10B. IT WAS REPORTED THAT THE INMATE RECEIVED SEVERAL SUTURES ABOVE HIS LEFT EYE AREA.

CONNETICUT STATE POLICE WAS CONTACTED WITH TROOPER GINLEY ARRIVING TO THE FACILITY AT 8:12PM AND ARRESTED INMATE FERNANDEZ FOR ASSAULT 1ST DEGREE. THE INMATE REFUSED TO SIGNE FOR HIS NOTICE OF RIGHTS AND DECLINED TO MAKE A STATEMENT WITH THE TROOPER. THIS WRITER GAVE A STATEMENT TROOPER GINLEY SINCE I WAS DIRECTLY INVOLVED AND IN EYEWITNESS TO THE ASSAULT BY FERNANDEZ. AS THE FACILITY WAS LOOKING TO PURSUE CRIMINAL PROSECUTION THE TROOPER STATED THAT HE DID NOT NEED A STATEMENT FROM INMATE SAWYER AS HE WAS AT THE HOSPITAL. A COPY OF THE TROOPERS PAPERWORK WAS SUBMITTED WITH THIS REPORT AND THE CASE NUMBER IS #HO1-2722104.

THERE WAS MINIMAL BLOOD SPILL WITHIN THE UNIT THAT WAS CLEANED BY THE TIERMEN UTILIZING THE OCCUPATIONAL EXPOSURE PROTOCOL. THE CLEANING ITEMS TO INCLUDE THE INMATES JUMPSUIT WAS DISPOSED OF IN THE BIOHAZARD BOX IN THE MEDICAL DEPARTMENT.

INMATE FERNANDEZ AND SAWYERS' PROPERTY WAS INVENTORIED, BAGGED AND TAGGED AND PUT IN THE PROPERTY ROOM FOR STORAGE AND SAFE KEEPING ALSO INMATE FERNANDEZ WAS ISSUED A DISCIPLINARY REPORT FOR ASSAULT.

PRIOR TO CLEARING THE CODE BLUE THIS WRITER REMAINED IN THE UNIT AS THE EVENING MEAL WAS STILL BEING SERVED. THERE WAS NO FURTHER INCIDENT AND AT 5:20PM THE CODE WAS CLEARED AND ALL AREAS RETURNED TO NORMAL OPERATIONS. THE B-UNIT VIDEO TAPE WAS REVIEWED AND THE ANGLE IN WHICH IT WAS RECORDING DID NOT SHOW ANYTHING SO IT WAS RECYCLED AND RETURNED TO THE HOUSING UNIT.

OFFICER O'CONNOR WORKED 1ST SHIFT ON THE ABOVE DATE STATED THAT INMATE FELIZ, CHRISTIAN #293703(B-51A) SAWYERS' CELL PARTNER HAD A VERBAL CONFRONTATION WITH EACH OTHER. AS A RESULT OF THAT STAFF INTERVENED BY MOVING FELIZ TO (A-68A). FELIZ WAS INTERVIEWED: HE STATES THAT HE DID NOT HAVE A PROBLEM WITH HIS CELL PARTNER PRIOR TO THIS DATE BUT BECAME AGITATED WHEN SAWYER CONTINUOUSLY WAS TELLING HIM WHAT TO DO. HE STATES THAT THEY WERE BOTH TIERMEN AND HE KNOW WHAT HE WAS DOING BUT SAWYER CONTINUED TO TELL AND NOT THE OFFICER SO HE GOT MAD AND THAT IS WHEN OFFICER O'CONNOR INTERVENED. HE WAS ASKED IF HE KNEW INMATE FERNANDEZ AND HE STATED NOT PRIOR TO ARRIVING IN THE UNIT. HE STATES THAT HE ONLY SPOKE WITH FERNANDEZ A COUPLE OF TIMES AND DID NOT TELL HIM OR GESTURE TO HIM TO DO ANY HARM TO SAWYER. FELIZ BELIEVES THAT THE ONLY CONNECTION THAT THE TWO MAY HAVE BETWEEN THEM IS THAT THEY ARE FROM THE DOMINICAN OF REPUBLIC.

A REVIEW OF BOTH INMATES RT50 SCREEN SHOW THAT THEY WERE BORN THERE. END OF REPORT.

☒ Individual
☐ Summary

# Incident Report – Page 5
## Connecticut Department of Correction

CN6601

3-8-96

| Unit  MacDougall-Walker CI | Incident Location  B 2 | Report No. |
|---|---|---|
| Prepared by  BACKIEL | Title  C/O | Report Date  10/13/01 |

Incident class ☐ 1 ☐ 1A ☒ 2 ☐ 3    Type  A    Time 4:58 ☐am. ☒pm.

ON THE ABOVE DATE & TIME THIS OFFICER WAS THE B2 CONTROL OFFICER WHEN LT MAYLOR WHO WAS TOURING THE BLOCK CALLED A CODE BLUE. THIS OFFICER THEM RECALLED THE CODE BLUE. WHEN THIS OFFICER LOOKED UP AGAIN. LT MAYLOY WAS ESCORTING AN I/m TO THE WALL NEAR B72 CELL. C/O CHRISTIE WAS ESCORTING ANOTHER I/m WHO WAS BLEEDING TOWARDS THE B 116 DOOR. WHEN RESPOND STAFF ARRIVED BOTH I/m WERE SECURED AND REMOVED FROM B2 UNIT

CN 650
10/29/9

## ATTACHMENT A
## USE OF FORCE REPORT

Individual ___✓___     Summary _____

Unit _WALKER_ _____     Report No. _____     Report Date _10-13-01_

Prepared by _C. O'Connor_ _____     Title _CORRECTIONAL OFFICER_

Inmate Name _FERNANDEZ, LUIS_     Inmate Number _279900_

Date, time and location of Incident _10-13-01, 4:55pm B2-UNIT_

Circumstances leading to use of force _CODE BLUE CALLED, B2 UNIT_
_Inmate Fernandez, ASSAULTED Inmate Sawyer_
_Douglas # 267665_

_____
_____
_____
_____

Type and extent of force used (to include any armory items used) _I C/O_
_O'Connor escorted inmate Fernandez to_
_segregation. He was placed in Seg 12. I_
_C/O O'Connor removed the restraints off of_
_inmate Fernandez with no Futher incident._

_____
_____

Complete (only when appropriate) by staff member if assaulted by inmate:
Do you feel that the inmate should be considered for criminal prosecution?

YES _____     NO _____

_C. O'Connor_ _____     _C/O_     _10-13-01_
Staff Signature                   Title     Date

_____     _Lt._     _10/13/01_
Investigating Supervisor Signature     Title     Date

ATTACHMENT A
USE OF FORCE REPORT

Individual _____ ✓        Summary _____

Unit: B-2 POD                    Report No. _____    Report Date 10/13/01

Prepared by  Nesto                      Title  C/O

Inmate Name Fernando Lewis              Inmate Number 279900

Date, time and location of Incident: 10/13/01 4⁵⁵pm B-2 Pod

Circumstances leading to use of force A CODE Blue was called by
Lt. Mailor I responded to B-2 Unit Two Inmates had been
fighting. I/m Fernandez #279900 and I/m Sawyer #267665
I/m Fernandez was escorted out of B-2 Unit by C/O
O'Connor and C/O Nesto to Segregation

_____

_____

Type and extent of force used (to include any armory items used) _____
I/m Fernandez was escorted to segregation by C/O
O'Connor and by this writing officer He was strip
searched with Lt. Gorury Present and escorted
to Seg 12 Cell

_____

_____

Complete (only when appropriate) by staff member if assaulted by inmate:
Do you feel that the inmate should be considered for criminal prosecution?

YES _____  NO _____

G. Nesto                         C/O            10/13/01
Staff Signature                  Title          Date

_____                    Lt.            10/13/01
Investigating Supervisor Signature   Title       Date

CN 6501
10/29/92

## ATTACHMENT A
## USE OF FORCE REPORT

Individual _X_ _____ Summary _____

Unit: _B²_ _____

Report No. _____    Report Date _10-13-01_

Prepared by _T. A. Browne_ _____    Title _C/O_

Inmate Name _Sawyer_ _____    Inmate Number _267665_

Date, time and location of Incident: _10-13-01   4⁵⁵  B²_

Circumstances leading to use of force _Code Blue was called for B²_
_I responded from chow break. An altercation occurred between I/m's_
_Sawyer, 267665 and Fernandez 279900._
_____ _Later it was determined that I/m Fernandez 279900 assaulted I/m_
_Sawyer, 267665._
_____
_____

Type and extent of force used (to include any armory items used) _____
_I/m Sawyer was in B pod foyer upon my arrival. I secured his left_
_side and c/o Fozzette secured his right side. I received handcuffs_
_from c/o Blanchard and cuffed I/m Sawyer. He was checked by medical at the_
_scene and then c/o Fozzette and I escorted him to the medical unit_
_____
_____

Complete (only when appropriate) by staff member if assaulted by inmate:
Do you feel that the inmate should be considered for criminal prosecution?

YES _____    NO __X__

_Thomas A. Browne_ _____    _C/O_ _____    _10-13-01_
Staff Signature                Title            Date

_____    _____    _10/13/01_
Investigating Supervisor Signature    Title    Date

CN 6501
10/29/92

### ATTACHMENT A
### USE OF FORCE REPORT

Individual _K_

Summary _____

Unit _WALKER / B2-UNIT_          Report No. _____   Report Date _10-13-01_

Prepared by _ROBERT FORGETTE_          Title _C/o_

Inmate Name _SAWYER, DOUGLAS_          Inmate Number _267665_

Date, time and location of Incident: _10/13-01  4:55 AM  B2-UNIT_

Circumstances leading to use of force _CODE BLUE WAS CALLED AT 4:55 AM_
_IN THE B2 HOUSING UNIT. INMATE SAWYER, DOUGLAS #267665 B2-51B_
_AND INMATE FERNANDEZ, LOUIS #279900 B2-75 WERE INVOLVED IN_
_A FIGHT. LATER IT WAS DETERMINED THAT INMATE FERNANDEZ, LOUIS_
_#279900 ASSAULTED INMATE SAWYER, DOUGLAS #267665._

Type and extent of force used (to include any armory items used) _I ESCORTED_
_INMATE SAWYER BY HIS RIGHT ARM FROM THE B-POD FOYER TO_
_THE MEDICAL UNIT, AFTER MEDICAL GAVE HIM INITIAL TREATMENT_
_ON THE SCENE._

Complete (only when appropriate) by staff member if assaulted by inmate:
Do you feel that the inmate should be considered for criminal prosecution?

YES _____   NO _X_

_Robert Forgell_          _C/o_          _10-13-01_
Staff Signature                Title          Date

_[signature]_          _C/o_          _10/13/01_
Investigating Supervisor Signature   Title          Date

CN 6501
10/29/92

**ATTACHMENT A**
**USE OF FORCE REPORT**

Individual ___X___                           Summary _____

Unit _B-2_ _____ Report No. _____ Report Date _10-13-01_

Prepared by _King, James_ _____ Title _C/O_

Inmate Name _Sawyer, Douglas_ _____ Inmate Number _267665_

Date, time and location of Incident _10-13-01_    _4:55 pm_    _B-2_

Circumstances leading to use of force _Code Blue called in_
_B-2 unit._

_____

_____

_____

_____

_____

Type and extent of force used (to include any armory items used) _This officer_
_Video tapped the code Blue at the direction of LT_
_Mayor. This officer tapped I/m Fernandez #279800 being_
_escorted out of B-2. This officer then turned to I/m_
_Sawyer #267665 and taped said I/m while medical treated_
_him. This officer then tapped I/m Sawyer being escorted from the_
_B-2 Foyer to medical. Once medical was complete this officer_
_logged off at the direction of LT maybr._ ——— _J.King_

Complete (only when appropriate) by staff member if assaulted by inmate:
Do you feel that the inmate should be considered for criminal prosecution?

YES _____    NO __X__

_____          _C/O_          _10-13-01_
Staff Signature                   Title            Data

_____          _Lt._          _10/13/01_
Investigating/Supervisor Signature   Title        Data

Individual _____              Attachment A                    CN 6501

Summary      X          USE OF FORCE REPORT                    10/29/92

Unit    WRSMU/ B-2 UNIT    Report No. _____    Report Date: 10/13/01

Prepared by   S. MAYLOR              Title   LIEUTENANT

Inmate Name    FERNANDEZ, LUIS       Inmate Number   #279900

Date, time, and location of incident:   10-13-01  4:58PM  B-2 UNIT

Circumstances leading to use of force:   A CODE BLUE WAS CALLED IN THE

UNIT BY THIS WRITER BECAUSE I OBSERVED THE ABOVE MENTIONED INMATE PUNCH-

ING AND KICK INMATE SAWYER #267665.  VERBAL DIRECTION WAS GIVEN TO THE

INMATE TO CEASE HIS ACTIONS BUT HE DID NOT COMPLY.

Type and extent of force used (to include armory items used): _____

THIS WRITER DIRECTED THE INMATE TO CEASE HIS ACTIONS HE DID NOT COMPLY

SO AS I APPROACHED HIM I GRABBED HIM AROUND HIS UPPER TORSO AND PULLED

HIM AWAY FROM INMATE SAWYER.  HE WAS SECURED AGAINST THE WALL BY CELL 72

AND THIS WRITER APPLIED RESTRAINTS TO HIS HANDS.  OFFICER NESTA AND

O'CONNOR WERE DIRECTED BY THIS WRITER TO ESCORT HIM TO RHU WHERE HE WAS

PROCESSED IN AND SECURED IN CELL 12.

Complete (only when appropriate) by staff member if assaulted by inmate:
Do you feel that the inmate should be considered for criminal prosecution?

        YES _____      NO _____

Staff Signature                    Title                    10-13-01
                                                            Date

Investigating Supervisor Signature      Title              Date

Case 3:03-cv-00146-WWE    Document 37-2    Filed 07/01/2004    Page 16 of 22



# Disciplinary Report – Page 1
## Connecticut Department of Correction

CN 9503
1-10-94

| Unit | Walker RSMU | Report date | 10/13/01 | Report no. | #0110044 |
|---|---|---|---|---|---|

| Inmate name | FERNANDEZ, LUIS | I.D. no. | 279900 | Housing | B-95A |
|---|---|---|---|---|---|

| Location | B-2 HOUSING UNIT | Incident date | 10/13/01 | Time | 4:58 ☐a.m. ☒p.m. |
|---|---|---|---|---|---|

| Charge | ASSAULT | Class | "A" |
|---|---|---|---|

**Description of violation:**

ON THE ABOVE DATE AND APPROXIMATE TIME THIS WRITER WAS CONDUCTING A TOUR IN THE B-2 UNIT. THE EVENING MEAL WAS BEING SERVED AT THIS TIME AND AS I WALKED TOWARDS THE SERVING LINE I OBSERVED THE ABOVE NAMED INMATE PUNCH INMATE SAWYER, DOUGLAS #267665 IN THE FACE. I YELLED TO FERNANDEZ TO CEASE HIS ACTIONS HE DID NOT PUNCHING SAWYER IN THE FACE 4 MORE TIMES. AS I GRABBED FERNANDEZ AROUND THE UPPER TORSO HE KICKED SAWYER WHILE HE WAS ON THE GROUND AND NOT UNTIL THIS WRITER SECURED THE INMATE AGAINST THE WALL NEAR B-72 CELL DID HE CEASE HIS AGGRESSIVE ACTIONS.

**Witness(es):** N/A

**Physical evidence:** N/A

| Reporting employee | S. MAYLOR | Employee requests copy | ☐yes ☒no |
|---|---|---|---|
| Title LIEUTENANT | Date 10-14-01 | Time 2:00 | ☐a.m. ☒p.m. |

### CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| ☒ Administrative detention | Date 10-13-01 | Time 5:30 | ☐a.m. ☒p.m. |
|---|---|---|---|
| ☒ Interview accused | ☐ Informal disposition | | |

| Custody supervisor / unit manager signature | | | |
|---|---|---|---|
| Title LT | Date 10/14/01 | Time 3:00 | ☐a.m. ☒p.m. |

### INMATE NOTICE

| Delivered by | | | |
|---|---|---|---|
| Title LT | Date 10/14/01 | Time 3:00 | ☐a.m. ☒p.m. |

CN 9401
Attachment C, page 1
Rev.9-8-95

# Restrictive Housing Unit Status Order
## Connecticut Department of Correction

| Facility | WRSMU | |
|---|---|---|
| **Inmate name** | SAWYER, DOUGLAS | **Inmate number**   267665 |

## SECTION 1: STATUS

**Placement in restrictive housing unit. (Check and date the appropriate description.)**

| ☐ Transfer detention | **Date** | ☐ Administrative segregation | **Date** |
|---|---|---|---|
| ☒ Administrative detention | **Date**   10-13-01 | ☐ Punitive segregation | **Date** |

| ☐ Administrative segregation transition | **Date** |
|---|---|
| ☐ Close custody, chronic discipline | **Date** |
| ☐ Close custody, security risk group safety threat member | **Date** |

## SECTION 2: REASON FOR PLACEMENT

**The inmate's/my continued presence in the general population poses a serious threat to life, property, self, other inmates, and/or the security of the institution because:**

INMATE SAYER WAS PLACED ON ADMINISTRATIVE DETENTION PENDING INVESTIGATION AFTER BEING ASSAULTED BY INMATE FERNANDEZ #279900.  HE WAS REMOVED FROM POPULATION B-51B AND PROCESSED INTO RHU CELL 10B.

| Signature of supervisor | | **Date**   10/13/01 |
|---|---|---|
| Inmate given copy of this form   **Time**   11:00   ☐ a.m.  ☒ p.m. | | **Date**   10/13/01 |

CN 9401
Attachment C, page 1
Rev.9-8-95

# Restrictive Housing Unit Status Order

## Connecticut Department of Correction

| Facility | WRSMU | | |
|---|---|---|---|
| Inmate name | FERNANDEZ, LUIS | Inmate number | 279900 |

## SECTION 1: STATUS

**Placement in restrictive housing unit. (Check and date the appropriate description.)**

| ☐ Transfer detention | Date | ☐ Administrative segregation | Date |
|---|---|---|---|
| ☒ Administrative detention | Date  10-13-01 | ☐ Punitive segregation | Date |

| ☐ Administrative segregation transition | Date |
|---|---|
| ☐ Close custody, chronic discipline | Date |
| ☐ Close custody, security risk group safety threat member | Date |

## SECTION 2:  REASON FOR PLACEMENT

**The inmate's/my continued presence in the general population poses a serious threat to life, property, self, other inmates, and/or the security of the institution because:**

INMATE FERNANDEZ WAS PLACED ON ADMINISTRATIVE DETENTION PENDING AN INVESTIGATION FOR ASSAULT.  HE WAS REMOVED FROM POPULATION B-95A AND PROCESSED INTO CELL #12A.

| Signature of supervisor | | Date | 10/13/01 |
|---|---|---|---|
| Inmate given copy of this form | Time  11:00   ☐ a.m.  ☒ p.m. | Date | 10/13/01 |



| | |
|---|---|
| Facility M W CI - Walker Building | Report date 10/13/01 |
| Inmate name Sawyer, Douglas | Time 5 30 ☐ a.m. ☒ p.m. |
| Staff name Tracie Labre RNBSN | I.D. no. 267665 |
| Incident report submitted ☒ Yes ☐ No   Number | Date 10/13/01 |

Treatment location: B vestibule / medical

Injury description (must be completed if no other report): ⓛ eye edematous around orbit sclera with multiple vascular injuries, PERRLA. Extra ocular movements intact 2cm laceration above ⓛ eye. ∅ LOC

Diagnosis: Laceration S/P assault

Treatment administered: Brought from B unit to medical. Wound cleansed with NS. Bleeding cleaned and stopped. DSD applied. Ice applied.

Required follow-up: Sent to UCONN ER via west loading dock

Placement after treatment

Observations/remarks: Inmate involved in an altercation. He states he got hit approximate 5 times

Pt illiterate

| | |
|---|---|
| Patient signature X Douglas a Sage jr. (told) | Date 10/13/01 |
| Medical staff signature Tracie Labre RNBSN  By nursing staff for what Pt says! | Date 10/18/01 |
| Custody supervisor signature  ~ Cm Anleo | Date 10/13/0. |

# Medical Incident Report

Connecticut Department of Correction

CN6602
Rev. 4-12-93

| Facility | MWCI ~ Walker Bldg. | Report date | 10/13/01 |
| Inmate name | Fernandez, Luis | Time 5-45 ☐ a.m. ☒ p.m. | |
| Staff name | | I.D. no. 279900 | |
| Incident report submitted ☒ Yes ☐ No | Number | Date 10/13/01 | |

**Treatment location:**

Seg unit cell #12.

**Injury description (must be completed if no other report):**

This inmate states he was coming up 3 step stairway of Br main floor when another inmate standing at stairway told me "I'm going to kiss you" so I hit him.

**Diagnosis:**

no visible injuries. C/o (L) neck pain [?] + talks about (R) shoulder being uneven.

**Treatment administered:**

none @ present

**Required follow-up:**

sick call prn.

**Placement after treatment** cell # 12 seg unit

**Observations/remarks:** Inmate questioned about (R) shoulder & admits to old injury 1-2 yrs ago when he fell off his bunk.

| Patient signature | Unable to sign | Date | 10/13/01 |
| Medical staff signature | [signature] | Date | 10/13/01 |
| | Smarts [?] | | 10/13/01 |

Form 7300

## INFORMATIONAL LOG

Name of Recorder _D. DUHART_     Title _C. O_

Page ___1___ of ___1___

Date / Time Start ___4 55___

Date / Time Finish ___5'15___

| DATE | TIME | INFORMATION RECEIVED / ACTION TAKEN | NOTIFICATION MADE / TIME |
|------|------|-------------------------------------|--------------------------|
| 10-13-01 | 4 55 | Code Blue Called in B-II | VIA Radio & |
| | | Unit a Physical altercation Between | Intercom System |
| | | Inmates Sawyer # 267665 B-51B | |
| | | and fernandez # 279900 B-95A | |
| 10-13-01 | 5'15 | Per Lt. Maylo Code Blue | |
| | | in B-II unit Cleared | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# APPEARANCE BOND

JD-CR-4  Rev. 9-99
C.G.S. 53a-172, 53a-173, 54-2a, 54-63c,
54-63d, 54-63e, 54-64a, 54-64b, 54-64c, 54-66
P.B. Sec. 38-1,2,3,6,7,8,9,21, 43-2

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

*INSTRUCTIONS: Original to Clerk of Court and copy to Defendant.*

## TO: Any Proper Officer of the State of Connecticut

| | | |
|---|---|---|
| FROM (Name of Defendant)<br>Fernandez  Luis  M. | ADDRESS OF DEFENDANT (Include zip code)<br>1151 E St South, Suffield, CT 06078 | TELEPHONE NO.<br>860 292 3511 |
| JUDICIAL DISTRICT OR G.A.<br>GA 13 | ADDRESS OF COURT<br>111 Phoenix Ave  Enfield CT | |
| CRIME(S) CHARGED AGAINST DEFENDANT<br>Assault 1st  53a-60 | AMOUNT OF BOND<br>$ 50,000. | APPEARANCE DATE AND TIME (less than 14 days from arrest date)<br>10/30/01    1000 A.M. |

I, the above-named Defendant, understand that I am being released from custody under the Amount of Bond set above.

I promise to appear before the above-named court on the Appearance Date and Time specified above and at any other place and time to which the charge(s) against me may be continued and in any other court to which the charge(s) against me may be transferred.

I also understand that I am being released on a:

- [x] **NON-SURETY BOND**
- [ ] **CASH BOND**
- [ ] **10% CASH BOND** (Must be authorized by a judge (P.B. § 38-4, 38-8))
- [ ] **SURETY BOND**
- [ ] **REAL ESTATE BOND**
- [ ]

in the above Amount of Bond, to insure my appearance as promised above, until final judgment is rendered.

I ALSO UNDERSTAND THAT IF I FAIL TO APPEAR, in accordance with the foregoing promises, I will be liable for the full Amount of Bond,

including forfeiture of any amount deposited, and I will be committing the crime of FAILURE TO APPEAR and be subject to the following penalties:
1. **IMMEDIATE REARREST, OR ISSUANCE OF A CAPIAS.**
2. **ONE YEAR IN PRISON OR $2,000 FINE OR BOTH,** if I am charged with a Misdemeanor(s).
**FIVE YEARS IN PRISON or $5,000 FINE or BOTH,** if I am charged with a Felony(ies).

I also promise to satisfy all the special conditions stated below which were ordered by the court or a bail commissioner as a condition of my release on an Appearance Bond. I also understand that IF I FAIL TO SATISFY ANY OF THESE CONDITIONS THE COURT MAY MODIFY OR ADD ADDITIONAL CONDITIONS OR REVOKE MY RELEASE, AND IF I VIOLATE A CONDITION OF NO CONTACT OR NOT TO USE OR POSSESS A DANGEROUS WEAPON, I WILL BE SUBJECT TO ARREST FOR VIOLATION OF CONDITIONS OF RELEASE.

I have read/have had read to me the notices on page 2 of this form and I understand the notices.

| A. SPECIAL CONDITIONS OF RELEASE<br>1. Do not commit a federal, state or local crime. | SIGNED (Defendant)<br>XX  Refused to Sign | DATE SIGNED (mo., day, yr.) |
|---|---|---|
| | SIGNED (Parent or guardian if minor) | DATE SIGNED (mo., day, yr.) |

| The above information and statements were subscribed and sworn to before me. | | | |
|---|---|---|---|
| SIGNED (Police Officer, Assistant Clerk)<br>Tot Bixby  # 1108 | DATE AND TIME SIGNED<br>10/13/01  2030 P.M. | JOB TITLE<br>Trooper | POLICE DEPT. (if applicable)<br>CSP H |

**COMPLETE THE APPROPRIATE SECTION BELOW IF A CASH, 10% CASH OR SURETY BOND IS REQUIRED**

**CASH BOND**

| AMOUNT OF BOND<br>$ | TYPE OF BOND<br>[ ] CASH   [ ] 10% CASH | AMOUNT DEPOSITED IN WORDS | | AMOUNT IN NUMERALS<br>$ |
|---|---|---|---|---|
| DEPOSITED BY (Name, address, and zip code of Depositor) | | | | RECEIPT NO. |
| CASH TAKEN BY (Signature of Police Off., Bail Comm., Asst. Clerk) | | DATE AND TIME BOND TAKEN<br>M. | NAME OF JUDGE AUTHORIZING 10% BOND (if applicable) | |

I, the Depositor, understand that if the above-named Defendant fails to appear in accordance with the foregoing promises, I WILL BE LIABLE FOR THE FULL AMOUNT OF BOND, including forfeiture of any Amount Deposited. I also understand that upon discharge of the Bond, as specified above, the Amount Deposited will be returned to the above-named Depositor, less any fee that may be required by statute.

| | SIGNED (Depositor) | DATE SIGNED |
|---|---|---|

| The above information and statements were subscribed and sworn to before me. | | | |
|---|---|---|---|
| SIGNED (Police Officer, Assistant Clerk) | DATE AND TIME SIGNED<br>M. | JOB TITLE | POLICE DEPT. (if applicable) |

**SURETY BOND**

| NAME OF SURETY | ADDRESS OF SURETY | | TELEPHONE NO. |
|---|---|---|---|
| LICENSE NO. | TOTAL AMT OF BAIL LICENSED TO GIVE<br>$ | TOTAL AMT NOW SURETY TO (Exclusive of this case)<br>$ | FOR COURT USE |

I, the above-named Surety, understand that if the above-named Defendant fails to appear, in accordance with the foregoing promises, I will be liable to the State of Connecticut for the above Amount of Bond.

FILE DATE

| SIGNED<br>X | DATE SIGNED (mo., day, yr.) |
|---|---|

| The above information and statements were subscribed and sworn to before me. | |
|---|---|
| SIGNED (Police Officer, Assistant Clerk) | DATE AND TIME SIGNED<br>M. |
| JOB TITLE | POLICE DEPT. (if applicable)   SUPERIOR COURT DOCKET NO. |

**CONTINUED...**