# NOTICE OF RIGHTS

JD-CR-5  Rev. 6-99
P.B. Sec. 37-3, 38-1, 38-2
C.G.S. §§ 54-1b, 54-2a, 54-63c, 54-64b

## STATE OF CONNECTICUT
### JUDICIAL BRANCH
### SUPERIOR COURT

**INSTRUCTIONS**



| TO CLERK OF COURT | TO OTHER AGENCIES |
|---|---|
| 1. Prepare in duplicate. | 1. Prepare in triplicate. |
| 2. Give original to Defendant. | 2. Give original to Defendant. |
| 3. Retain copy for file. | 3. Send a copy to Clerk of Court. |
| | 4. Retain a copy for your files. |

NAME OF DEFENDANT
Fernandez Luis          # 0279900

JUDICIAL DISTRICT OR G.A.
GA 13

LOCATION OF COURT (No, street, town)
111 Phoenix Ave Enfield Ct

TELEPHONE NO. OF COURT

OFFENSES CHARGED (Also specify statute number)
Assault 53a-60

## NOTICE OF RIGHTS

1. You are not obligated to say anything, in regard to this offense you are charged with but may remain silent.

2. Anything you may say or any statements you make may be used against you.

3. You are entitled to the services of an attorney.

4. If you are unable to pay for the services of an attorney you will be referred to a Public Defender Office where you may request the appointment of an attorney to represent you

5. You may consult with an attorney before being questioned, you may have an attorney present during questioning and you can not be questioned without your consent.

6. (Not applicable if you were arrested on a Superior Court Warrant which specified that bail should be denied or which ordered that you be brought before a clerk or assistant clerk of the Superior Court.)
You have a right to be promptly interviewed concerning the terms and conditions of your release pending further proceedings, and upon request, counsel may be present during this interview.

*Accused Refused to sign off on Notice*

## ADVERTENCIA DE DERECHOS

1. Usted no está obligado a decir nada en cuanto a esta ofensa por la cual se le acusa, pero puede permanecer en silencio.

2. Cualquier cosa que usted diga o alguna declaración que usted haga puede ser usada contra usted.

3. Usted tiene derecho a los servicios de un Abogado.

4. Si usted no puede pagar por los servicios de un Abogado, usted será referido a la Oficina del Defensor Publico donde puede usted solicitar el asignamiento de un Abogado para representarlo.

5. Usted puede consultar con un Abogado antes de ser interrogado. Puede tener un Abogado presente durante el interrogatorio y no puede ser interrogado sin su consentimiento.

6. (Esto no aplica si a usted lo arrestaron con una orden de arresto de la Corte Superior que especificaba que se le negara fianza u ordenaba que a usted se le presentara ante el secretario o el ayudante o secretario de le Corte Superior.)
Usted tiene el derecho de ser entrevistado prontamente acerca de los términos y condiciones de su libertad, pendiente a procedimientos adicionales y sobre solicitud el Abogado Consultar puede estar presente durante esta entrevista.

I, the undersigned, have advised the Defendant of the Defendant's rights as stated above:

SIGNED (Authorized person)
Tpr Gnoly    # 1108

TITLE
Tr. (Trooper)

DATE AND TIME ADVISED
10/13/01    0826   P. M.

I have been advised of my rights as stated above and have received a copy of this notice.

He sido instruido acerca de los derechos que aparecen en esta notificacion, de la cual he recibido copia.

SIGNED (Defendant)

FOR COURT USE ONLY
FILE DATE

*The Judicial Branch complies with the Americans With Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, please contact the clerk of court at the address noted above.*

*La Rama Judicial actúa de acuerdo con la ley de Americanos con Incapacidades (ADA). Si usted necesita arreglos especiales en conformidad con esta ley de ADA, haga el favor de ponerse en contacto con las secretarias del Tribunal de Connecticut en la dirección arriba mencionada.*

DOCKET NO.

NOTICE OF RIGHTS

DPS-633-C  Rev. 7/94

559-160
Tpr. Gmley
#9108

**STATE OF CONNECTICUT**
**DEPARTMENT OF PUBLIC SAFETY**
**DIVISION OF STATE POLICE**

Case Number H01- 272104
Date 10/13/01
Time Started 2055 hrs
Time Ended

WITNESS STATEMENT OF  LT. Maylor.

I, Samuel Maylor , date of birth 6/8/68 .
of 1151 E 1st South , town/city of Suffield, CT

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe
be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G
section 53a-157.

I am a lieutenant with the Dept. of Corrections and my current
assignment is 2nd Shift at Walker Building in Suffield, CT. On 10/13/01 at
approximately 1855 hrs. I was in the day room area of B² Housing. I
observed an inmate, who I later identified as Luis Fernandez (7/22/76) take
a swing at another inmate, who I later identified as Douglas Sawyer 5/10/4
Fernandez struck Sawyer on his 1st swing, with a closed fist punch.
Sawyer was struck on the left side of his face. Fernandez continued to
punch Sawyer approximately four more times with a closed fist. I
yelled for Fernandez to stop and break it up. Sawyer fell to the
ground and entered the fetal position. As I approached Fernande
kicked Sawyer with his right foot. I then grabbed Fernandez and
pulled him away from Sawyer. I secured Fernandez against the
wall by B22 Cell. I then put restraints on Fernandez. Staff (DOC
personnel) then entered the B² Housing area due to the code blue that
I had called. Officers O'Connor and Nesta escorted Fernandez to
Restricted housing unit cell 12. Sawyer was brought to Medical and evaluate
Sawyer was then transported by DOC Personnel to UCONN Medical.
I then questioned inmate Fernandez about the incident. Fernandez told
me that in chow line Sawyer told him (Fernandez) that he (Sawyer) was
to kiss him (Fernandez). Fernandez then told me that he became

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of r
knowledge and belief.

Witness: Tpr. Ginley #1108                    Signature: Samuel Maylor /Lt.

Witness: _____                    Signature: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here:

DPS-630-C-1 Rev. 7/95

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Case Number HO1-272104

STATEMENT OF __LT. Maylor, Samuel__ (Cont.)

upset with Sawyer's Comments and decided to punch Sawyer.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: __Tpr. Braley #1118__

Signature: _____

Witness: _____

Signature: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

# Inmate Property Inventory Form, Attachment B
## Connecticut Department of Correction

Rev. 1-3-00
Page 1

Unit: W R S M U

Inmate name: FEERMAN DEZ LUIS

Employee completing inventory: Boukbel

Inmate number: 279900

Purpose of inventory: [x] admission  [X] restrictive housing  [ ] transfer  [ ] discharge  [ ] other (specify) _____

Date: _____   Time --- [ ] a.m.  [x] p.m.

Disposition codes: C=contraband  D=donated  M=mailed  R=retained by inmate  S=stored

## PROPERTY MATRIX/RUNNING INVENTORY

| amount | clothing item | description | disposition |
|---|---|---|---|
| | baseball cap | | |
| | bathrobe | | |
| | belt | | |
| | blouse | | |
| | bra | | |
| | coat | | |
| | dress | | |
| | gloves | | |
| | gym shorts | | |
| | jeans | | |
| | nightgown | | |
| | pajamas | | |
| | pants | | |
| | rainwear | | |
| | shirt | | |
| | skirt | | |
| | slip | | |
| 2 | socks | | |
| | sweater | | |
| ✓ | sweatpants | Gen/ | |
| ✓ | sweatshirt | Gen/ | |
| | swim suit | | |
| ✓ | underwear | | |
| ✓ | T-shirt | | |

| amount | appliance item | description | disposition |
|---|---|---|---|
| | calculator | | |
| ✓ | cassette player | A-I-wm | STEREO A7062 |
| ✓ | cassette tapes | | |
| | electric razor | | |
| | hair dryer | | |
| ✓ | head phones | Noss | |
| | lamp | | |
| | radio | | |
| | television | | |
| | video cartridges | | |
| | video game | | |

| amount | miscellaneous item | description | disposition |
|---|---|---|---|
| | address book | | |
| | combo lock | | |
| | extension cord | | |
| | eyeglasses | | |
| | photo album | | |
| | prayer rug | | |
| | towel | | |
| | washcloth | | |

If an item is received through the mail or a visit, or issued after arrival, enter it and indicate the date received in the disposition column.

# Inmate Property Inventory Form, Attachment B
## Connecticut Department of Correction

Rev. 1-3-00
Page 1

| Unit | W R S M U |
|---|---|
| Inmate name | Sawyer |

| Employee completing inventory | King I |
|---|---|
| inmate number | 267665 |

Purpose of inventory: [x] admission [ ] a.m. [x] p.m. [ ] restrictive housing [X] transfer [ ] discharge [ ] other (specify)

Date 10-30-00 Time 2___

Disposition codes: C=contraband  D=donated  M=mailed  R=retained by inmate  S=stored

## PROPERTY MATRIX/RUNNING INVENTORY

| amount | clothing item | description | disposition |
|---|---|---|---|
| | baseball cap | | |
| | bathrobe | | |
| | belt | | |
| | blouse | | |
| | bra | | |
| | coat | | |
| | dress | | |
| | gloves | | |
| | gym shorts | | |
| | jeans | | |
| | nightgown | | |
| | pajamas | | |
| | pants | | |
| | rainwear | | |
| | shirt | | |
| | skirt | | |
| | slip | | |
| 5 | socks | W.G | |
| | sweater | | |
| | sweatpants | | |
| 3 | sweatshirt | Grey | |
| | swim suit | | |
| 4/3 | underwear | Boxer | |
| 2 | T-shirt | W.G | |

| amount | appliance item | description | disposit |
|---|---|---|---|
| | calculator | | |
| | cassette player | | |
| | cassette tapes | | |
| | electric razor | | |
| | hair dryer | | |
| | head phones | | |
| | lamp | | |
| | radio | | |
| | television | | |
| | video cartridges | | |
| | video game | | |

| amount | miscellaneous item | description | disposition |
|---|---|---|---|
| | address book | | |
| | combo lock | | |
| | extension cord | | |
| | eyeglasses | | |
| | photo album | | |
| | prayer rug | | |
| 2 | towel | W.G | |
| | washcloth | | |

If an item is received through the mail or a visit, or issued after arrival, enter it and indicate the date received in the disposition column.

# SEPARATION ISSUE
## Walker Building

Date:_____10/13/01_____

ALL STAFF ARE ADVISED THAT INMATE FERNANDEZ, L. 279900 IN seg. 12a IS NOT

TO HAVE ANY CONTACT WHATSOEVER WITH INMATE SAWYER, D. 267665 IN

_____SEG. 10b_____. THIS MEANS THAT THEY ARE NOT TO BE RELEASED TO MEDICAL OR

TO VISITING TOGETHER FOR ANY REASON WHATSOEVER. THIS IS A STRICT SEPARATION

ISSUE AND SERIOUS CONSEQUENCES COULD ARISE IF THESE INMATES HAVE ANY

CONTACT WITH EACH OTHER. BOTH _____SEG._____ AND ___N/A_____ CONTROL

SHOULD CHECK WITH EACH OTHER WHENEVER EITHER OF THESE INMATES DEPART

THEIR RESPECTIVE HOUSING UNITS FOR ANY REASON!! MAIN CONTROL/VISITING STAFF

SHOULD ENSURE THE SAME FOR VISITS FOR THESE INMATES.  IF ANY STAFF HAVE ANY

QUESTIONS CONCERNING THIS MATTER, THEY SHOULD BE BROUGHT TO A SUPERVISOR

IMMEDIATELY.

_____LT. MAYLOR_____
Signature of Staff Member Initiating This Separation

Reason for Separation:
___FIGHTING_____
_____
_____
_____
_____

cc:    Warden Murphy                 Medical
       Major Carter                  Assessment
       All Supervisors               Visiting
       _____Control                Counselor Supervisor Curtiss
       _____Control                Counselor Supervisor Seneca!
       Main Control                  Captain's Office
       Admitting/Processing          Deputy Warden Murdoch

CN 6901
12/93

**ATTACHMENT A**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**CONTRABAND/CRIMINAL PHYSICAL EVIDENCE TAG AND CHAIN OF CUSTODY**

Facility/Unit WRSMU

Classification of Contraband/criminal Physical Evidence:
(Check one)

_____ Weapon
_____ Drug/Drug Paraphernalia
_____ Alcohol (commercial or home made)
_____ Appliance (e.g., television, radio, stereo, recorder, etc.)
_____ Currency (money, or other commodity of exchange)
_____ Clothing
_____ Miscellaneous Property
__X__ Other

Brief description of item or substance and any identifying
Mark (s): 2 VIDEO TAPES OF INMATE SAWYER #267665 AND FERNANDEZ
#279900 BEING ESCORTED FROM B-UNIT TO MEDICAL AND RHU.

Location Found/Confiscated: B-2 HOUSING UNIT

By: Staff Name    J. KING    Date/Time  10-13-01 4:58P

From: Inmate Name _____    Date/Time _____

Chain of custody - contraband/criminal physical evidence
(signature required)

| STAFF FROM | STAFF TO | DATE/TIME | REASON | DISPOSITION |
|---|---|---|---|---|
| J. KING | S. MAYLOR | 10-13-01 4:58P | EVIDENCE | VIDEO LOG |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**(continue on back if necessary)**



10/13/01                              2 of 3.
SANYER # 267665 in medical unt
photo of FACIAL AREA After Being
assaulted by Fernandez 279908



10/13/01  ————————————  1 of 3
Leftside of I/m SANYER # 267665 +
B-51B in the medical unit after
Being assaulted by Fernandez 27th



10/13/01                              3 of 3
Photo hands of I/m Fernandez
# 279900 After assaulting I/m
SAWYER # 267665

☐ Individual
☑ Summary

# Incident Report – Page __
## Connecticut Department of Correction

CN6601
3-8-96

| Unit **MacDougall-Walker CI** | Incident Location *B2 Pod* | Report No. *01-1303* |
|---|---|---|
| Prepared by *L. CAMANO* | Title *Captain* | Report Date *10/13/01* |
| Incident class ☐1 ☐1A ☑2 ☐3  Type *I* | Time *4:58* ☐am. ☑pm. | |

*Follow-up Summary:*

Be advised both inmates were interviewed by me. I/M Fernandez, Luis #279900 claims that I/M Sawyer, Douglas #267665 attempted to kiss him and this is why he hit him. This happen during the beginning of chow for the upper tier of B2 Pod. This was not observed by the officer present. I/M Sawyer #267665 claims he did nothing to provoke I/M Fernandez #279900 assault. I also questioned I/M Feliz, Christian #293703 and he also claims that he had nothing to do with I/M Fernandez's 279900 assault on I/M Sawyer #267665.

In summary I believe that I/M Fernandez #279900 and I/M Feliz 293703 know eachother because they are both from Danbury, CT and they are both Dominican, this being the case I/M Fernandez #279900 took it upon himself to mete out some justice (or misled justice) towards I/M Sawyer #267665. This can not be proved conclusively.

Cpt L. Camano 10/18/01



# Authorization for
# Release of Information
## Connecticut Department of Correction

CN 4401
10-29-96

| Inmate name | LUIS FERNANDEZ | Date of birth | 7/22/76 |

Inmate no. 279900  Race B W (H) O  Sex (M) F  Soc. sec. no. 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

I hereby authorize the State of Connecticut, Department of Correction and its staff at the __WALKER CORRECTIONAL FACILITY__

Initial only the appropriate items:

__LF__ (initial) To *obtain* the following information from __RECORDS / MEDICAL RECORDS__

____ (initial) To *reveal* the following information to _____

____ (initial) Pertinent medical and/or psychiatric information relevant to my diagnosis and/or treatment, including diagnosis.

____ (initial) Alcohol and/or drug abuse information.

____ (initial) Other information (be specific) _____

### Release of Information Relating to an HIV Diagnosis

____ (initial) I may withdraw this consent at any time prior to the release of pertinent medical and/or psychiatric information relevant to a diagnosis of HIV.

"This information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by said law. A general authorization for the release of medical or other information is *not* sufficient for this purpose." C.G.S. 19a-585

The specific purpose of this request: PLEASE SEND A COPY OF THE MEDICAL INCIDENT REPORT ON LUIS FERNANDEZ OF 10/13/01 (ON OR ABOUT) ALONG WITH ANY AND ALL PHOTOGRAPHS TAKEN PERTAINING TO THIS INCIDENT TO THE OFFICE OF THE PUBLIC DEFENDER, 111 PHOENIX AVENUE, ENFIELD, CT 06082 ATTN: INVESTIGATOR CHERYL CARPENTER

I may withdraw my consent at any time prior to the release of the indicated information. My consent, if not withdrawn, will expire on _____ or 90 days after I have signed this form.

Return to (facility stamp):

OFFICE OF PUBLIC DEFENDER
SUPERIOR COURT, G.A. 13
111 PHOENIX AVENUE
ENFIELD, CT 06082

_____ 2/27/02
Requester signature (and date)

Cheryl Carpenter 2/27/02
Witness signature (and date)

_____
Parent or guardian signature, if requester is a minor (and date)



# Disciplinary Process Summary Report – Page 1
CN 950<
## Connecticut Department of Correction
1-14-94

| Unit: MCDOUGALL/WALKER | Report #: 0110044 | Report Date: 10/3/01 | Hearing Date: 10-25-01 |
|---|---|---|---|
| Inmate Name: Fernandez, Luis | | ID #: 279900 | Housing: Seg 12 |
| Reporting Employee: Maylee | | Title: A. | |
| Investigator: C. Shaw | | Advocate: Massa | |
| Inmate Appearance: ☑ Yes   ☐ No | | Reason: | |

| | | Suspended sentence | | |
|---|---|---|---|---|
| | | Deferred prosecution | No. of days | Through |
| | | Charge dismissed | By | Reason |

Continuances (dates and reasons): N/A

10-24-01 thru 11-6-01 Invest Advocate. (R)MV

## SUMMARY

| | Charge/class | Plea | Finding | Sanctions |
|---|---|---|---|---|
| Original | assault/A | NG | G | 15 p/l the force 10/01/01 |
| Substitute | | | | 30 CTQ 10/28/01 thru 11/26/01 |
| | | | | 30 LOM 10/25/01 thru 11/23/01 |

| | Confidential information | | Reliability |
|---|---|---|---|
| Documentation submitted | ☑ Incident report | | ☑ Medical incident report |
| | ☑ Use of force report | | Other (specify) |

| Witness name N/A | | appearance |
|---|---|---|
| Testimony: N/A | | |

| Witness name N/A | | appearance |
|---|---|---|
| Testimony: N/A | | |

| Witness name N/A | | appearance |
|---|---|---|
| Testimony: N/A | | |

| | Witness exclusion | Name | Reason |
|---|---|---|---|

Physical evidence, written testimony:

written documentation



## Disciplinary Process Summary Report – Page 2
### Connecticut Department of Correction

CN 95C
1-10-9

Basis for finding: Officer Derota assigned advocate per A/D 9.5 Sec. 25 I/m stated he was defending himself, I/m had a weapon and I/m stated he was taking a defensive action. Facts and evidence presented xt Maylor observed I/m Fernandez assault I/m Sawyer several times. No mention of any weapon. Staff witness observe I/m Fernandez actions. I/m found guilty of charge presented.

Basis for sanctions: Facility recomondation

To enforce dept. directives and to deter future errant behavior

### DISPOSING OFFICER

| Hearing officer signature | | Date 10/25/01 |
|---|---|---|
| Disciplinary coordinator signature | | Date |
| Investigator signature | | Date |

### INMATE NOTICE

You may appeal a finding of guilty by a hearing officer within 15 days.

| Delivering officer signature | | Date |
|---|---|---|

Copies (5): investigator, reporting employee, inmate, disciplinary file, and inmate master file



# Disciplinary Report – Page 1
## Connecticut Department of Correction

CN 9503
1-10-94

| Unit Walker RSMU | Report date 10/13/01 | Report no. #0110044 |
|---|---|---|

| Inmate name FERNANDEZ, LUIS | I.D. no. 279900 | Housing -B-95A- S₄,₂ |
|---|---|---|

| Location B-2 HOUSING UNIT | Incident date 10/13/01 | Time 4:58 ☐a.m. ☒p.m. |
|---|---|---|

| Charge ASSAULT | | Class "A" |
|---|---|---|

**Description of violation:**

ON THE ABOVE DATE AND APPROXIMATE TIME THIS WRITER WAS CONDUCTING A TOUR IN THE B-2 UNIT. THE EVENING MEAL WAS BEING SERVED AT THIS TIME AND AS I WALKED TOWARDS THE SERVING LINE I OBSERVED THE ABOVE NAMED INMATE PUNCH INMATE SAWYER, DOUGLAS #267665 IN THE FACE. I YELLED TO FERNANDEZ TO CEASE HIS ACTIONS HE DID NOT PUNCHING SAWYER IN THE FACE 4 MORE TIMES. AS I GRABBED FERNANDEZ AROUND THE UPPER TORSO HE KICKED SAWYER WHILE HE WAS ON THE GROUND AND NOT UNTIL THIS WRITER SECURED THE INMATE AGAINST THE WALL NEAR B-72 CELL DID HE CEASE HIS AGGRESSIVE ACTIONS.

**Witness(es):** N/A

**Physical evidence:** N/A

| Reporting employee S. MAYLOR | Employee requests copy ☐yes ☒no |
|---|---|

| Title LIEUTENANT | Date 10-14-01 | Time 2:00 ☐a.m. ☒p.m. |
|---|---|---|

## CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| ☒ Administrative detention | Date 10-13-01 | Time 5:30 ☐a.m. ☒p.m. |
|---|---|---|

| ☒ Interview accused | ☐ Informal disposition | |
|---|---|---|

| Custody supervisor / unit manager signature | | |
|---|---|---|

| Title LT | Date 10-14-01 | Time 3:00 ☐a.m. ☒p.m. |
|---|---|---|

## INMATE NOTICE

| Delivered by | | |
|---|---|---|

| Title LT. | Date 10-14-01 | Time 3:00 ☐a.m. ☒p.m. |
|---|---|---|

**Disciplinary Report - Page 1**
## Connecticut Department of Correction

CN9503
1-14-94

| Investigator | *V. Sharp* | Receipt date | 10/15/01 | Time | 800 | ☒ a.m. | ☐ p.m. |
|---|---|---|---|---|---|---|---|

**Attempt, accessory and conspiracy:** When supported by the evidence, the offenses of attempt, accessory and conspiracy shall be deemed to be included in the substantive offense with out having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.

# CLASS A

| | | |
|---|---|---|
| Alteration of a specimen | Escape | Secreting identity |
| Arson | Felonious misconduct | Security risk group |
| Assault | Fighting | affiliation |
| Assault on a DoC employee | Flagrant disobedience | Security tampering |
| Bribery | Hostage holding | Self-mutilation |
| Contraband(dangerous instrument, | Hostage holding a DoC employee | Sexual misconduct |
| escape item, unauthorized currency, | Impeding order | Theft ($100 or more) |
| drug paraphernalia, intoxicating sub- | Interfering with safety or security | Threats |
| stance, tattoo equipment) | Intoxication | Violation of program |
| Creating a disturbance | Refusal to give a specimen | provisions |
| Destruction of property ($100 or more) | Riot (requires declaration by DoC | |
| | Commissioner) | |

# CLASS B

| | | |
|---|---|---|
| Bartering | Destruction of property (under $100) | Out of place |
| Causing a disruption | Disobeying a direct order | Public indecency |
| Contraband (unauthorized items, items | Gambling | Theft (under $100) |
| in excess of authorized amounts, dis- | Giving false information | |
| playing nude or sexually explicit | Insulting language or behavior | |
| pictures) | Misdemeanant misconduct | |

# CLASS C

| Disorderly conduct | Malingering | Sanitary / housing violation | Violation of unit rules |
|---|---|---|---|

| Inmate signature | | Date | |
|---|---|---|---|
| Witness signature | | Date | |

**Waiver of 24-hour notice:** I hereby waive my right to a 24-hour notice of hearing and request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate signature | | Date | |
|---|---|---|---|
| Witness signature | | Date | |

**Waiver of appearance:** I hereby waive my appearance at the disciplinary hearing. This does not constitute a guilty plea.

| Inmate signature | | Date | |
|---|---|---|---|
| Witness signature | | Date | |

**Guilty plea:** I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate signature | | Date | |
|---|---|---|---|
| Investigator/hearing officer signature | | Date | |

| ☐ Prosecution deferred by disciplinary coordinator | Through date | |
|---|---|---|
| Disciplinary coordinator signature | | Date |
| Inmate signature | | Date |

# Disciplinary Investigation Report – Page 1
## Connecticut Department of Correction

CN9562
1-14-94

| Unit | Walker Building | Report no. | C110044 | Report date | 10/13/01 |
|---|---|---|---|---|---|
| Inmate name | Fernandez, Luis | I.D. no. | 279900 | Housing | Seg 12. |
| Investigator | ✓ Shay | | | | |
| Advocate | Massa | Date advocate notified | 10/16/01 | | |

| ☐ Advocate refused | Inmate signature | |

## ACCUSED INMATE INTERVIEW

Inmate informed of process of investigation and hearing    ☑ yes    ☐ no

Inmate's version of incident:

When I was going up to the dining line this inmate stated to me that he wanted to Kiss me. I step back and thats when noticed that inmate Sanjur had grabbed me by my jumper on my left side. I pulled away and that when I punched him. I didn't hear anyone say to stop fighting. And until the Lt. had me against the wall did I actually hear any commands. And that was to Put My hands behind my back. **INMATE WITNESS REQUEST** that dont really if state

Inmate requests witness(es)    ☐ yes    ☑ no

If no, inmate signature ✗ [signature]

Witness name

Nature of testimony:

Witness name

Nature of testimony:

Witness name

Nature of testimony:

# Disciplinary Investigation Report – Page 2
## Connecticut Department of Correction

CN99%
1-14-94

## Summary

**Facts:** — Lt. observed Inmate Fernandez punch inmate Sawyer in the face

— even after the Lt. had the inmate restrained he continued to kick the inmate on the floor.

**Conclusion:**

Based on the facts. facility recommends a guilty finding.

15 P|S.
30 CTQ
30 LOM.

## Investigator Recommendations

| | Reason: |
|---|---|
| ☐ recommend deferred prosecution<br>☐ recommend dismissal<br>☐ recommend substitute charge<br>☐ other, specify: | |

Investigator signature  WSLP

### Copy: Inmate File

10/16/01 pm



# Advocate Investigation Report – Page 1
## Connecticut Department of Correction

CN 9509
Attachment 3
1-12-00

| Inmate name Fernandez, Luis | Inmate no. 279900 |
|---|---|
| Disciplinary report no. | Report date |

| Advocate Massa | Offense |
|---|---|

Date and Time investigation initiated

## ACCUSED INMATE INTERVIEW

I/M Fernandez #279900 claims that I/m Sawyer initiated an assault on him and as a result he was forced to defend himself. I/M Fernandez claims the reporting Employee only witnessed his actions and not the actions of I/m Sawyer.

With my signature I acknowledge that I have met with my advocate.

Inmate signature:

Date: 10-23-01



# Advocate Investigation Report – 2
## Connecticut Department of Correction

CN 9609

Attachment J
1-12-98

## INMATE WITNESS(ES) STATEMENT(S)

| Inmate name | Inmate no. |
|---|---|
|  |  |

| Inmate name | Inmate no. |
|---|---|
|  |  |

## STAFF WITNESS(ES) TESTIMONY

| Name | Title |
|---|---|
|  |  |

| Name | Title |
|---|---|
|  |  |

## ADVOCATE'S CONCLUSION AND RECOMMENDATION

No Recommendation

| Advocate signature | Date |
|---|---|
|  | 10/23/01 |



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

(860) 808-5318

Office of The Attorney General
## State of Connecticut

*Tel:* (860) 808-5450
*Fax:* (860) 808-5591

March 7, 2003

Luis Fernandez, Inmate No. 279900
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

RE :    **Luis Fernandez vs. Warden**
Docket No. CV-02-0469955-S

Dear Mr. Fernandez:

Please find the enclosed Affidavit from Officer Fred Miller indicating that the investigative report in question contains only three paragraphs.

Very truly yours,

Neil Parille
Assistant Attorney General

NP:lac

Enclosure

DOCKET NO.  CV-02-0469955-S

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | SUPERIOR COURT |
| | : | |
| | : | |
| V. | : | JUDICIAL DISTRICT OF NEW HAVEN |
| | : | AT NEW HAVEN |
| | : | |
| | : | |
| WARDEN | : | |

## AFFIDAVIT OF FRED MILLER

| | |
|---|---|
| STATE OF CONNECTICUT | ) |
| | ) s.s. Suffield, Connecticut |
| COUNTY OF HARTFORD | ) |

I,  Fred Miller, having been duly sworn, deposes and says that:

1.      I am an employee of the Department of Correction of the State of Connecticut.  I am stationed at the MacDougal-Walker Correctional Institution at Suffield, Connecticut.  I am a Disciplinary Investigator.

2.      As part of my work assignment, I review files of inmates who have received Disciplinary Reports or have been the subjects of Investigations.

3.      I have reviewed the Investigative Report  of Inmate Luis Fernandez, Inmate No. 279900 dated October 13, 2001, which concerned an altercation between Inmate Fernandez and Inmate Douglas Sawyer.    That file is located at the MacDougal-Walker Correctional Institution.

4.      This Investigate Report contains only three photographs.  Two photographs are of Inmate Sawyer's face.  One photograph is of Inmate Fernandez's hands.  Both hands are visible, knuckle-side up.

I have read the foregoing and it is true and accurate to the best of my knowledge and

belief.


Officer Fred Miller

Subscribed and sworn to before me this ___5___ day of ~~January~~ **February**, 2003.


Notary Public & Commissioner of the
Superior Court

Dianna Gesualdi
NOTARY PUBLIC
My Commission
Expires _____

2