UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

**FILED**   PRISONER

2004 JUL 13 P 5:29   CASE: 3:03CV146
(WWE)(HBF)

U.S. DISTRICT COURT
BRIDGEPORT, CONN

V.

Monica RINALDI, et. Al.   :   July 12, 2004

## MOTION FOR EXCEPTION

Plaintiff understands the standards for (Pro se complaints are held to less stringent standards) Hugh V. POE, 453 F.2d 1471., viewed without regard for technicalities (Jones V. Rundle) 453 F.2d 147 see, opinion of the Court (1) plaintiff Jones then filed a "Motion for Exception", since Jones pleaded pro se for the protection of his civil Rights, this pleading must be viewed "without regard for technicalities."

Pro se less stringent standards than formal pleadings drafted by lawyers. see, (Haines V. Kerner) 92.

District Court must be sensitive to problems of Pro se plaintiff in civil Rights actions and not be too quick to dismiss complaint for failure to state technical cause of action. citing, Martin V. Wainwright, (1976, CA 5 Fla) 526 F.2d 938.

The plaintiff has proven set of facts with Exhibits attached and marked in the Amended Complaint which

1 of 2

entitles him to relief.

RESPECTFULLY SUBMITTED

Luis Fernandez _Pro Se_
M. W. C. I.
1153 East Street South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 12th day of July, 2004.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

Luis Fernandez
Pro Se