**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  | PRISONER |
|---|---|---|
| LUIS FERNANDEZ | : | CIVIL NO. 3:03CV146 (WWE)(HBF) |
| v. | : | |
| MONICA RINALDI, ET AL. | : | July 14, 2004 |

### DEFENDANTS' MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION FOR EXCEPTION

By pleading dated July 12, 2004 titled Motion for Exception, plaintiff asks this court to view his complaint without regard for technicalities.  Defendants urge the court to deny the request.

That pro se complaints should be read with leniency is well established in the law and the application of this rule does not require motion by plaintiff.  However, this rule does not excuse a pro se inmate plaintiff from stating a claim upon which relief can be granted.  Hughes v. Rowe, 449 U.S. 5, 9 (1980).  Accordingly, we urge the court to deny the motion.

DEFENDANTS
Monica Rinaldi, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail:  robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day

of July, 2004:

      Luis Fernandez, Inmate No. 279900
      MacDougall-Walker Correctional Institution
      1153 East Street South
      Suffield, CT  06080

                             _____/s/_____
                             Robert F. Vacchelli
                             Assistant Attorney General