# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Luis Fernandez          :

V.                      :

Monica Rinaldi, et al   :   July 23, 2004

FILED PRISONER
Case 3:03CV146(WWE)
2004 AUG 3 A 11:27
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANTS' MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION FOR EXCEPTION

The plaintiff pro se Amended Complaint Statement of facts is supported by a large quantity of exhibits, pro se Complaints' are held to "less stringent standards than formal pleadings drafted by lawyers." HAINES V. KENER, 404 U.S. 519, 92 S. Ct. 594 (1972). Section 1915(d) does not provide for "Cursory treatment of Meritorious Complaints." McTEAGUE V. SOSNOWSKI, 617 F.2d 1016, 1019 (3d cir. 1980). The discretion of district courts to dismiss a legal pleading "may not be exercised arbitrarily and is limited ... in every case by the language of the statute itself which restricts its application to Complaints found to be 'frivolous or malicious'." BOYCE V. ALIZADUH, supra note 41, at 951.

[J]udges must balance their Misgivings and skepticism about the usual §1983 prisoner suit against the cold knowledge that in certain instances injustices to prisoners

1 of 2

occur in jails and prisons, some of which violate Constitutional mandates... [I]t is the responsibility of the Courts to be sensitive to possible abuses in order to ensure that prisoner complaints, particularly pro se complaints, are not dismissed prematurely, however, unlikely the set of facts postulated. <u>Taylor</u> v. <u>Gibson</u>, supra note 36, at 713.

Wherefore, plaintiff pro se Amended Complaint stating arguable merits both in law and fact which relief can be granted is well established in this case and the Court should grant plaintiff pro se motion for exception.

RESPECTFULLY SUBMITTED,

_____
Luis Fernandez  Pro Se
M.W.C.I.,
115) East St South,
Suffield, CT 06080

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed to the following defendants' Attorney on this 23 day of July, 2004:

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St,
Hartford, CT 06105

_____
Luis Fernandez
Pro Se