UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

v.

Monica Rinaldi, et al

FILED PRISONER

2004 AUG -5 P 5:11

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Civil No. 3:03CV146 (WWE)(HBF)

August 3, 2004

## PLAINTIFF OPPOSITION TO DEFENDANTS' MEMORANDUM IN RESPONSE TO PLAINTIFF'S RESPONSE AND OBJECTION

The plaintiff has made clear and reasonable adequate pleading that require the view of the Honorable Court to hold less stringent standards than formal pleadings drafted by lawyers. Citing, Cruz v. Cardwell, (1973, Ca. 8 Mo) 486 F.2d 550.

The relief the plaintiff's seeks injunctive, declaratory, compensatory damages and punitive damages in this §1983 action where the "defendants' violation of federal law was intentional... or when the defendants' conduct is shown to be motivated by evil motive or intent, or when it involves reckless or callous indifference to the federally protected rights of the plaintiff who is pro-se and pleaded the contents of complaint pursuant Conn. Gen. Stat. § 52-91 citing, McCandle v. Haddad, 131 F.3d 43, 52 (2d Cir. 1997).

1 of 2

Wherefore, the plaintiff opposes to defendants' Memorandum IN response to plaintiff's response & Objection which is without merit when Pro-se Complaint under 42 U.S.C. § 1983 are held to less stringent standards than formal pleading drafted by lawyers and plaintiff pleading facts state claims for relief as matter of law. Citing, *Johnson v. Stark*, (1983, Iowa) 717 F.2d 1550.

RESPECTFULLY SUBMITTED,

Luis Fernandez Pro-SE
M.W.C.I.
1153 East St. South,
Suffield, CT 06080

### CERTIFICATION

I hereby Certify that a copy of the foregoing was mailed to the following defendants Attorney on this 3 day of August, 2004.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman Street,
Hartford, CT 06105

Luis Fernandez
Pro-SE