UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


LUIS FERNANDEZ

                                                              PRISONER
        v.                                   CASE NO. 3:03cv146 (WWE) (HBF)


MONICA RINALDI
BETH HALLERAN
JOHN ARMSTRONG
J.V. HALL
JOHN M. ALVES
DENNIS C. COYLE
C.S. BARTHOLOMEW
HECTOR RODRIGUEZ
UNIT MANAGER HANNAH
GRIEVANCE COORDINATOR AHMED


J U D G M E N T

        This cause came on for consideration on the defendants' motion for summary judgment

before the Honorable Warren W. Eginton, Senior United States District Judge.

        The Court has considered the motion and all the related papers.  On March 21, 2005, the

Court filed its Ruling granting defendants' motion and declining to exercise supplemental

jurisdiction over plaintiff's state law claims.

        Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the

defendants and the case is closed.

        Dated at Bridgeport, Connecticut this 24th day of March, 2005.


                                                  KEVIN F. ROWE, Clerk


                                          By /s/ Cynthia Earle


                                             Cynthia Earle
                                             Deputy Clerk


Entered on the Docket _____