UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se       :       PRISONER
                                      CASE: 3:03 CV 146 (WWE)
V.
                              :       March 19, 2005
Monica RWAIDI, et Al

MOTION TO REVISE & CORRECT RULING
DOC. #'s 38, 31 & 27

Plaintiff, pro-se holding to his fundamental Right And protection of his civil Rights under § 1983, moves to Revise And Correct Ruling doc. #'s 38, 31 & 27 where laws or facts support this motion.

The Court Application of HAINES v. KERNER, 404 U.S. 519, 520 (1972) to Construe "liberally" the plaintiff pro-se litigant legal documents And papers submitted without interpreting them to Raise the strongest Arguments therein would not permit Adjudication on merits causing the dismissal on technical grounds. The simple 'liberally Application' taken by this Court does not Affords the plaintiff pro-se protection of fundamental statutory Right which exception filed asks for this case where the Revise & Correction of doc # 38 should be granted.

1 of 3

The plaintiff has presented corresponding letters returned of more than approx. 5 Attorney's stating they cannot assist him in this case attached and marked in doc # 31 Motion, as attempts to secure Pro-bono counsel on his own which the Court did not review before ruling and denying the request for appointment of Pro bono Counsel, but now the Court admits of being aware "I.L.A.P. (Inmate Legal Assistance Prog.)" are <u>not</u> able to represent the plaintiff in this action. Well, the Court should know also that the Dictionary meaning for "Represent" is added as 'Assistance' by the people, staffs' or Attorneys' if they are from the alleged Connecticut I.L.A.P (Inmate Legal Assistance) is a fraud because they don't assist even after being granted 28 U.S.C. § 1915 I.F.P. The plaintiff has demostrated he cannot have an Attorney & has met all the requirements to be appointed one where Civil Rights should be protected and the interest of justice served.

Finally, the Revise & Correction of jury trial demand should be granted when the jury trial demand is still live and the plaintiff pro-se holds' a legal cognizable interest to a trial by jury in this case.

Wherefore, the foregoing laws or facts in this Motion to Revise & Correct Rulings doc #s 38, 31 & 27 is granted.

2 of 3

Respectfully Sub,

_____

Luis Fernandez #279900
M.C.I.
1153 east st. south,
Suffield, CT 06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorneys on this 19 day of March, 2005.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman st.,
Hartford, CT 06105

Luis Fernandez
Pro-se