UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, Pro-Se   PRISONER

FILED
2005 APR 15 P 4:28
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

CASE: 3:03CV146 (JBA)(HBF)

V.

April 11, 2005

MONICA RINALDI, et al

PLAINTIFF OPPOSITION & OBJECTION TO DEFENDANTS
MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
MOTION TO REVISE AND CORRECT

Now Come the plaintiff pro-se and in protection of his civil rights Request this court to grant his (the) opposition and objection over defendants Memorandum In opposition to Plaintiff's Motion to Revise and Correct for the following:

1. This Court can Revise and Correct Ruling Doc # 38, 31 & 27 According to Rule 60(b) F.R.Cv.P. which is not a substitute for an appeal but also the time for filing an appeal is not commence or begin until a Ruling is entered on this pending motion.

1 of 3

2. The Court in Docket No. 38 failed to construe plaintiff Pro-Se papers, documents and exhibits in favor/support of the liberally construed rule of ALL papers submitted by Pro-Se litigant.

3. This Court in Docket No. 31 did not reviewed the record where the plaintiff requests for Appointment of Counsel Pro Bono is in comply with order as the plaintiff pro-se, who provided a list of Approx. a total of 8 Attorney including Inmate legal Assistance to assist in even providing the most Minimum Assistance After being granted I.F.P. § 1915.

4. The Court in Docket No. 27 denial the Motion for Jury Demand is most prejudices the plaintiff were in fact even though the Amended Complaint with Exhibits Attached Asked for a Jury Trial the plaintiff request Demanding a JURY TRIAL was still live while seeking Judgement was pending.

Whenever the plaintiff for those two reasons opposes and objects to defendant Memorandum IN opposition to plaintiff Motion to REVISE and Correct.

2 of 3

RESPECTFULLY SUBMITTED,

_Luis Fernandez_
PRO-SE
M.C.I
1153 east st south,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 11 day of April, 2005:

Robert F. Vacchelli
Ass. Att Gen.
110 Sherman Street,
Hartford, CT 06105

_Luis Fernandez_

C.C. Plaintiff pro-se
Luis Fernandez
I.D. 279700