FORM 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 MAY -2 P 5:08

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Luis Fernandez

v.

Monica Rinaldi, et al

CIVIL CASE NO. 3:03 CV 146 (WWE)(HBF)

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), __Luis Fernandez__ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. __Luis Fernandez__ desires to appeal
(appealing party)
the judgment in this action entered on __3/24/05__, but failed to file a notice of appeal
within the required number of days because:

**EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.**

There has not been a Ruling on the Pending Motion in Opposition to Objection to Defendants Memorandum, date 4/4/05 which time for Appeal was not commense only after ruling on all the motion pending is over.

_____
Signature

Luis Fernandez pro-se
Print Name

1153 east st. South,
Suffield, CT 06080
Address

Date: 4/21/05

_____
Telephone Number

1 of 2

Note: You may file this form, together with a copy of Form 1 (Notice of Appeal) if you are seeking to appeal a judgment and did not file a copy of Form 1 (Notice of Appeal) within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 21 day of April, 2005.

Robert F. Vacchelli,
Assistant Att. Gen.
110 Sherman Str.,
Hartford, CT 06105

Lois Fernandez
ID. 279900
Pro-se