UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se : Case: 3:03CV5846
                                         (WWE)(HBF)
V.                      :
                          April 28, 2005
Monica Rinaldi, et al :

## MOTION FOR CORRECTION OF JUDGMENT

Now Comes the plaintiff pro-se respectfully moves this Court to Correct the Judgment entered on DKT. NO. 30 dated 3/21/05 based on disclosed of undisclosed evidence which defendants Monica Rinaldi, et al failed to comply even after being requested to provide.

As ground therefore:

The Court Notes, Federal Rules of Civil Procedure Rule 26 (A)(1) Require an answering party to provide the other side, even without a discovery request with names, I.D., Address, etc., which defendants Monica Rinaldi, et al, failed to provide the second level Grievance Coordinators Santini and Cornacchia from CTesttive Dept. of Correctional as to obstruct plaintiff pro-se Civil Rights Complaint process and presentation

1 of 2

of facts by keeping out the names, I.D. of the level Grievance Coordinators level 2 c/o Santini and Cornacchia in charge of Review, even after on denying discovery Request by the plaintiff pro-se the defendants et al ignored to adhere Federal Rules Civil Procedures.

Wherefore, the plaintiff for these foregoing reasons moves this Court to grant according and under Newly discovered on discovered of evidence correcting the Judgment entered on DKT. NO. 30 dated 3/21/05 were defendants et al deliberately violated Rule 26 (A)(1) F.R.Civ.P. by failing to comply with such Rule.

Respectfully Submitted,

_____
Luis Fernandez, Pro-se
1153 east st. south,
Suffield, CT 06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 28 day of April, 2005.
Robert F. Vacchelli,
110 Sherman st,
Hartford, CT 06105

Luis Fernandez
Pro-se

2 of 2