UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUN -7 A 9:31
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Luis Fernandez

V.

Monica Rinaldi, et al

PRISONER
Case: 3:03CV 146
(WWE)(HBF)

May 23, 2005

PLAINTIFF OPPOSITION & Objection to defendants
MEMORANDUM IN OPPOSITION TO PLAINTIFF's
MOTION FOR EXTENSION OF TIME TO FILE A
NOTICE OF APPEAL

The plaintiff under pro-se and in protection of his
civil Rights opposes and objects to defendants
Memorandum dated May 11, 2005 As without Merit.

1. The running of the time of Appeal under Rule 4(A)(4)
(A)(vi) F.R.App.P. has __not__ suspended since the
filing of the Plaintiff MOTION FOR AN EXTENSION
OF TIME TO file A NOTICE OF APPEAL, on 4/21/05
see Attachment 1. herein Motion For Extension
of time to file a NOTICE of APPEAL.

2. The Pending motion to Revise & Correct 4/19/05 over
defendants Memorandum dated 4/11/05 is a pleading
of which concerns the Judgment entered Ruling 38, 31 & 27
for the simple Fact that must construe liberally

1 of 3

And held to less stringent standard than formal pleadings drafted by lawyer pro-se litigants pleadings. <u>McCormick v. City of Chicago</u>, 230 F.3d 319 (2000).

3. Plaintiff pro se does have justification to An Appeal And this matter can <u>not</u> be 'Moot' because the Motion for An Extension of Time to File A notice of Appeal was filed on 4/21/05 which the time for Appeal is still live, see Attachment 2 Proof of SERVICE.

Wherefore, the Court should grant Plaintiff opposition & objection and deny defendants Memorandum dated MAy 11, 2005.

Respectfully Submitted,

Luis Fernandez
M.C.I
1153 etst st. south,
Suffield, CT 06080

<u>CERTIFICATION</u>

I hereby certify that A copy of the foregoing was Mailed to the following defendants Attorney on this 23 day of MAy, 2005.

Robert F. Vacchelli,
Ass. Att. Gen.
110 sherman st.,
Hartford, CT 06105

Luis Fernandez
Pro-se

ATTACHMENT 1

**FORM 2**

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Luis Fernandez

v.

Monica Rivaldi, et al

CIVIL CASE NO. 3:03 CV 146
(WWE)(HBF)

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), _Luis Fernandez_ respectfully requests leave
                                    (appealing party)
to file the within notice of appeal out of time. _Luis Fernandez_ desires to appeal
                                                    (appealing party)
the judgment in this action entered on _3/24/05_, but failed to file a notice of appeal

within the required number of days because:

**EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO
YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER
OF DAYS.**

There has Not been a Ruling on the Pending Motion IN
Opposition to Objection to Defendants Memorandum date 4/11/05
which time for Appeal was Not commense only After Ruling
on All the Motions pending is over.

_____
Signature

Luis Fernandez pro-se
Print Name

1153 etst St. South,
Suffield, CT 06080
Address

_____
Telephone Number

Date: 4/21/05

1 of 2

Note: You may file this form, together with a copy of Form 1/Notice of Appeal if you are seeking to appeal a judgment and did not
file a copy of Form 1/Notice of Appeal within the required time. These forms must be received in the Office of the Clerk of the U.S.
District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 21 day of April, 2005.

Robert F. Vacchello,
Assistant Att. Gen.
110 Sherman Str.,
Hartford, CT 06105

Luis Fernandez
ID. 279900
Pro-se

ATTAchment



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Luis Fernandez

V.

Monica Rinaldi, et al

:      PRISONER
     CASE: 3:03 CV 146
:      (WWE)(HBF)

:      4/21/05

## PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Motion FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL date 4/21/05 to defendants Attorney Robert F. Vacchelli, Ass. Att. Gen., 110 sherman St, Hartford, CT 06105. by placing them in an envelope and placed them in the MAIN HALL legal mailbox at the Corr. MacdougAll C.I., suffield, CT ON 4/21/05.

Respectfully Submitted,

Luis Fernandez
M.C.I
1153 east st. south,
suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mail to the following on 4/21/05.

1 of 2

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St,
Hartford, CT 06105

luis Fernandez
Pro-se