UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MAY 2 4 2005

Luis Fernandez                          :        PRISONER
                                                 2005 JUN 14  P 12: 36
                                                 Case: 3: 03CV00146
                                                 US DISTRICT COURT
V.                                      :        (WWE)(HBF)

Monica Rinaldi, et al                   :        May 18, 2005

PLAINTIFF OPPOSITION & OBJECTION TO
DEFENDANTS MEMORANDUM IN OPPOSITION
TO PLAINTIFF MOTION FOR CORRECTION OF
JUDGMENT

The plaintiff pro-se and in protection of his civil
rights opposes & objects to defendants Memorandum
in opposition to plaintiff Motion for correction of
Judgment As without Merits.

A) In fact, defendants Misconduct in not providing the
Names of second level grievance Coordinator Santini
and Connecchia under disclosure requirements of
Rule 26, F.R.Civ.P. Nor under Rule 34, F.R.Civ.P.
After even being requested. The Complaint can not be
"Moot" because the District Court can correct the
Judgment in this case which is still live. United
states Parole Comm'n v. Geraghly, 445 U.S. 388,
396, 100 S.Ct 1202, 1208, 63 L.Ed 2d 479 (1980),
were the Court can review defendants failure to

1 of 3

disclose in violation of Rules 26 & 34, F.R.Civ.P.
under Rules 60, 59(b) According to F.R.Civ.P.

B) The plaintiff has had submitted A Motion for an Extension
of time to file A Notice of Appeal on 4/21/05 which
provides 30 days time for filing Notice of Appeal After the
Court rules on every pending Motion in the District Court.

C) Plaintiff pro-se complaint does state Claims Against
defendant Grievance Coordinator Ahmed and WARDEN
Hector Rodriguez who is the reviewer of the Grievance
level 1 submitted and Attached as Exhibits in support of
Claims from the Civil Rights Complaint which in fact
does concern directly the Grievance procedures and
exhaustion of Remedy's before bringing A Civil Rights
Complaint.

D) The plaintiff did in fact disclosed Attached and Marked
in support of the Claims Grievances level 1 and 2 submitted
including All the Attempts which for he was denied
Assistance with name's of persons contacted and added
As defendants in the Civil Rights Complaint where Automatic
disclosure by the plaintiff was provided.

Wherefore, the plaintiff pro-se opposition & objection for
the foregoing reasons herein can be granted and deny
defendants Memorandum dated May 11, 2005.

2 of 3

Luis Fernandez

to the following defendants Attorney on this 8 day of May, 2005.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

Luis Fernandez
Pro-se

3 of 3