UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS FERNANDEZ | |
| | PRISONER |
| V. | CASE NO. 3:03CV146 (WWE) (HBF) |
| MONICA RINALDI, ET AL. | |

<u>RULING AND ORDER</u>

Pending before the court is the plaintiff's for correction of judgment. He contends that the court should set aside the ruling granting the defendants' motion for summary judgment because the defendants failed to provide him with names of grievance coordinators at Cheshire Correctional Institution in compliance with Rule 26(a)(1), Fed. R. Civ. P. The requirement that a party disclose certain information as described in Rule 26(a)(1), Fed. R. Civ. P. is not applicable to "action[s] brought without counsel by a person in custody of . . . a state or a state subdivision . . ." Thus, the defendants were not required to disclose information pertaining to the identity of grievance coordinators to the plaintiff. The plaintiff has set forth no basis to set aside or vacate the ruling on the motion for summary judgment. The Motion for Correction of Judgment [**doc. # 52**] is **DENIED**.

SO ORDERED this <u>28th</u> day of March, 2006, at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton
Senior United States District Judge