UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS FERNANDEZ
                                                                                 PRISONER

V.                                                 CASE NO. 3:03CV146 (WWE) (HBF)

MONICA RINALDI, ET AL.

RULING AND ORDER

Pending before the court is the plaintiff's motion for reconsideration of the court's March 11, 2005 Ruling granting plaintiff's motion for exception, denying as moot plaintiff's motion for jury trial and denying plaintiff's motion for appointment of counsel.

The standard for granting a motion for reconsideration is strict. See Schrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). Such a motion generally will be denied unless the "moving party can point to controlling decisions or data that the court overlooked–matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." Id. The function of a motion for reconsideration thus is to present the court with an opportunity to correct "manifest errors of law or fact or to consider newly discovered evidence . . . ." LoSacco v. City of Middletown, 822 F. Supp. 870, 876-77 (D. Conn. 1993) (quoting Rothwell Cotton Co. v. Rosenthal & Co., 827 F.2d 246, 251 (7th Cir. 1987)), aff'd, 33 F.3d 50 (2d Cir. 1994).

The plaintiff contends that the court failed to consider letters from attorneys that he claims were attached to his motion for appointment of counsel. A review of the motion reveals that no letters were attached to the motion. The plaintiff also contends that the court should have granted his motion for a jury trial. The court denied the

motion as moot in light of the fact that the plaintiff had already requested a trial by jury in his amended complaint.  The court cannot discern the basis for the plaintiff's objection to the portion of the ruling granting his motion for exception.  The Motion for Reconsideration [**doc. # 47**] is  **DENIED**.  The Motion for Extension of Time to Appeal [**doc. # 50**] is **GRANTED**.

SO ORDERED this 28th day of March, 2006, at Bridgeport, Connecticut.

_____/s/_____
Holly B. Fitzsimmons
United States Magistrate Judge