UNITED STATES DISTRCIT COURT

DISTRICT OF CONNECTICUT

FILED

2006 MAY -2 P 2: 32

Luis Fernandez      :    Case: 3:03cv146(WWE)(HBF)

V.                  :    U.S. DISTRICT COURT
                         BRIDGEPORT, CONN

Monica Rinaldi, et al  :  April 7, 2006

MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

The plaintiff moves pursuant to Rule 24(a)(c) requesting the district court to grant leave to proceed on appeal in forma pauperis and for the appeal to be heard on the full record including exhibits and part therefore in any form submitted. Authority to allow prosecution of an appeal in forma pauperis is vested in " Any court of the United States " by 28 U.S.C. § 1915(a). The plaintiff specially in this case has bin granted permission to proceed in forma pauperis (I.F.P.) in the district court.

This court should grant an order permitting the plaintiff to proceed without prepayment of fees and costs or security for an appeal.

Wherefore, plaintiff moves for leave to proceed an appeal In froma pauperis.

Respectfully Submitted,

_____
Luis Fernandez

CERTIFICATION

This certifies that I have on this 7 day of April, 2006, placed a true and exact copy of the :

MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

in the U.S.mail, first class postage prepaid, addressed to:

1 of 2

Appellees-Attroney,

Robert F.Vacchelli,

110 sherman st.,

Hartford, CT 06105

*Luis Fernandez* (signature)

Luis Fernandez