UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| Luis Fernandez | : | case: 3:03cv146(WWE)(HBF) |
| v. | : | 2006 MAY 12 P 2:32 |
| MOnica Rinaldi, et al | : | U.S. DISTRICT COURT BRIDGEPORT, CONN |
| | | April 7, 2006 |

MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL

Comes the plaintiff Fernandez in the above-entitled action and moves this district court to appoint counsel for him for the reasons that the plaintiff stated a cause of action, the composing of Rule 28 F.R.C.A.P. will be better comply by an attorney than a prisoner pro-se, and the forbiding of attorney assitance in this cae has been overboard.

See, Memorandum of Law, attached hereto.

Wherefore, plaintiff Fernandez moves that the relief he requests be granted.

Respectfully Submitted,

Luis Fernandez
1153 east st south,
suffield, CT 06080

CERTIFICATION

I hereby certify that the foregoing was mailed to the following defendants attorney on this 7 day of April, 2006 to:

Att. Robert F. Vacchelli,
110 sherman st.,
Hartford, CT 06105

Luis Fernandez