UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

L. Fernandez            :   Case: 3:03CV 146 (WWE)

V.                      :

Monica Rivaldi, et al   :   May 15, 2006

**MOTION FOR LEAVE TO TAKE DEPOSITION PENDING APPEAL**

Pursuant to Rule 27(4)(d)(c) of the Fed. Rules of Civil Procedure the undersigned plaintiff moves the court for order granting leave to take the oral deposition of Secondary Grievance Coordinator Santini from North Block and Secondary Grievance Coordinator Cornacchia from South Block who are presently working in the Connecticut Correctional Inst., at Cheshire, CT.

The plaintiff of this action would like to depose Secondary Grievance Coordinator Santini and Secondary Grievance Coordinator Cornacchia from South Block within thirty (30) days of the granting of this Motion.

This is a stated action brought against Correctional Officers, Warden and Commissioner for the violation of Civil Rights. The defendants have been granted summary judgment and plaintiff has filed for appeal which is pending. The plaintiff requires this deposition of these Secondary Grievance Coordinator in order to explore more facts and circumstances not disclosed in the case.

Wherefore, the undersigned plaintiff respectfully request this Motion for leave to Take deposition pending appeal of Secondary Grievance Coordinator Santini and Secondary Grievance Coordinator Cornacchia be granted.

Respectfully Submitted,

Luis Fernandez

1153 east st south,

suffield, CT 06080

CERTIFICATION

This certifies that I have on this 15 day of May,2006 placed

a true and corr4ect copy of the:

Motion for Leave to Take Deposition pending appeal

in the U.S.mail, first class postage prepaid, addressed to:

Appellees-Attorney

Robert F.Vacchelli,

110 Sherman st.,

Hartford, CT 06105

L.Fernandez