UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Luis Fernandez           :      Case: 3:03CV146(WWE)(HBF)

v.                       :

Monica Rinaldi, et al    :      May 18, 2006

MOTION FOR EXTENSION OF TIME TO FILE CERTIFICATE OF APPELABILITY

The plaintiff requests an extension of 30 days time to file certificate of appelabiliy were 28 U.S.C.§ 1915(A) case law requires initial application to the district court for leave to proceed appeal in forma pauperis.

This motion is made on the grounds that:

1. Plaintiff Fernandez has demostrated defendant Armstrong, et al action under color of law, deprived him of federal Rights § 1983.

2. Plaintiff Fernandez is a poor person who brought this lawsuit already determined by the district court.

3. Plaintiff Fernandez has also moved for appointment of counsel on appeal.

4. Plaintiff Fernandez is pending a leave to take deposition of Santini and Cornacchia.

5. The appeal issues involved in this case are complex.

6. The interest of justice would best be served in this case if additional time is granted to file certificate of appelability.

Wherefore, plaintiff moves for an extension of 30 days time to file certificate of appelability.

Respectfully Submitted,

Luis Fernandez

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 18 day of May, 2006:

Att. Robert F. Vacchelli, Esq
110 sherman st.,
Hartford, CT 06105

Luis Fernandez