# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO. 3:03CV146(WWE) |
| VS. | : | |
| | : | |
| MONICA RINALDI, ET AL. | : | MAY 26, 2006 |

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO TAKE DEPOSITIONS PENDING APPEAL

By pleading dated May 15, 2006, plaintiff pro se inmate seeks permission to take the depositions of two witnesses, all present or former officials of the Connecticut Department of Correction. We urge the court to deny the request because:

1. Plaintiff pro se inmate displays no assurance of ability to conduct a deposition in accordance with the Rules of Civil Procedure.

2. The Court entered Judgment in this case for all defendants on March 24, 2005, terminating all such pretrial discovery. See Judgment, Docket No. 46, Attachment A.

3. The Court denied plaintiff's post-trial motions on March 28, 2006. See Rulings, Docket Nos. 56 and 57, Attachment B.

4. The plaintiff issued a Notice of Appeal in this case dated April 7, 2006. See Notice of Appeal, Attachment C. Ordinarily, that action terminates jurisdiction in the District Court. Toliver v. County of Sullivan, 957 F.2d 47, 49 (2nd Cir. 1992).

Wherefore, we urge the court to deny the request.

                                        DEFENDANTS,
                                        Monica Rinaldi, et al.

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL


                                BY:_____/s/_____
                                  Robert F. Vacchelli
                                  Assistant Attorney General
                                  Federal Bar No. ct05222
                                  110 Sherman Street
                                  Hartford, CT  06105
                                  Telephone No.: (860) 808-5450
                                  Fax No.: (860) 808-5591
                                  E-mail:  robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

       I hereby certify that a copy of the foregoing was mailed to the following on this 26th day

of May, 2006:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

                                    _____/s/_____
                                      Robert F. Vacchelli
                                      Assistant Attorney General