# ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

v.

PRISONER
CASE NO. 3:03cv146 (WWE) (HBF)

MONICA RINALDI
BETH HALLERAN
JOHN ARMSTRONG
J.V. HALL
JOHN M. ALVES
DENNIS C. COYLE
C.S. BARTHOLOMEW
HECTOR RODRIGUEZ
UNIT MANAGER HANNAH
GRIEVANCE COORDINATOR AHMED

## JUDGMENT

This cause came on for consideration on the defendants' motion for summary judgment before the Honorable Warren W. Eginton, Senior United States District Judge.

The Court has considered the motion and all the related papers. On March 21, 2005, the Court filed its Ruling granting defendants' motion and declining to exercise supplemental jurisdiction over plaintiff's state law claims.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 24th day of March, 2005.

KEVIN F. ROWE, Clerk

By /s/ Cynthia Earle

Cynthia Earle
Deputy Clerk

Entered on the Docket _____

# ATTACHMENT B

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

V.

MONICA RINALDI, ET AL.

PRISONER
CASE NO. 3:03CV146 (WWE) (HBF)

RULING AND ORDER

Pending before the court is the plaintiff's for correction of judgment. He contends that the court should set aside the ruling granting the defendants' motion for summary judgment because the defendants failed to provide him with names of grievance coordinators at Cheshire Correctional Institution in compliance with Rule 26(a)(1), Fed. R. Civ. P. The requirement that a party disclose certain information as described in Rule 26(a)(1), Fed. R. Civ. P. is not applicable to "action[s] brought without counsel by a person in custody of . . . a state or a state subdivision . . ." Thus, the defendants were not required to disclose information pertaining to the identity of grievance coordinators to the plaintiff. The plaintiff has set forth no basis to set aside or vacate the ruling on the motion for summary judgment. The Motion for Correction of Judgment [**doc. # 52**] is **DENIED**.

SO ORDERED this 28th day of March, 2006, at Bridgeport, Connecticut.

/s/
Warren W. Eginton
Senior United States District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

V.

MONICA RINALDI, ET AL.

PRISONER
CASE NO. 3:03CV146 (WWE) (HBF)

RULING AND ORDER

Pending before the court is the plaintiff's motion for reconsideration of the court's March 11, 2005 Ruling granting plaintiff's motion for exception, denying as moot plaintiff's motion for jury trial and denying plaintiff's motion for appointment of counsel.

The standard for granting a motion for reconsideration is strict. See Schrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). Such a motion generally will be denied unless the "moving party can point to controlling decisions or data that the court overlooked–matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." Id. The function of a motion for reconsideration thus is to present the court with an opportunity to correct "manifest errors of law or fact or to consider newly discovered evidence . . . ." LoSacco v. City of Middletown, 822 F. Supp. 870, 876-77 (D. Conn. 1993) (quoting Rothwell Cotton Co. v. Rosenthal & Co., 827 F.2d 246, 251 (7th Cir. 1987)), aff'd, 33 F.3d 50 (2d Cir. 1994).

The plaintiff contends that the court failed to consider letters from attorneys that he claims were attached to his motion for appointment of counsel. A review of the motion reveals that no letters were attached to the motion. The plaintiff also contends that the court should have granted his motion for a jury trial. The court denied the

motion as moot in light of the fact that the plaintiff had already requested a trial by jury in his amended complaint. The court cannot discern the basis for the plaintiff's objection to the portion of the ruling granting his motion for exception. The Motion for Reconsideration [**doc. # 47**] is **DENIED**. The Motion for Extension of Time to Appeal [**doc. # 50**] is **GRANTED**.

SO ORDERED this <u>28th</u> day of March, 2006, at Bridgeport, Connecticut.

                                 _____/s/_____
                                       Holly B. Fitzsimmons
                                   United States Magistrate Judge

# ATTACHMENT C

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Luis Fernandez,     :     Case: 3:03cv146(WWE)(HBF)

V.     :

Monica Rinaldi, et al     :     April 7, 2006

NOTICE OF APPEAL

1. Pursuant to F.R.A.P. 4(A)(1) L.Fernandez hereby gives notice and appeals to the United States Court of Appeal for the second circuit from the following Judgment/Order:

1. Judgment/Order entered in Docket # 47 & 52

2. Final Order/Judgment was entered on 3/24/05.

Wherefore, plaintiff gives notice and appeals to the second circuit.

Respectfully Submitted,

Luis Fernandez

1153 east st south,

suffield, CT 06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants attorney on this 7 day of April, 2006 to:

Att. Robert F. Vacchelli,

110 sherman st.,

Hartford, CT 06105

Luis Fernandez

RECEIVED
MAY - 2 2006

1 of 1