UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez,           :   Case: 3:03CV 146 (WWE)

Vs.                       :

Monica Rinaldi, et al     :   June 6, 2006

PLAINTIFF'S RESPOND & OBJECTION MOTION TO MEMO IN OPPOSITION TO THE REQUEST FOR LEAVE TO TAKE DEPOSITIONS PENDING APPEAL

This plaintiff pro-se has followed all of the Rules as understood and will not knowingly violate them unless said Rule violates a Constitutional Right, and the Court should not need reminding that persons acting in their own behalf are held "... to less stringent standard than formal pleadings by lawyers," having said this the plaintiff pursuant his fundamental Right and Civil Rights protection Request this Court to grant for leave to take deposition Pending Appeal because:

1. This Court even after the plaintiff pro-se provided exceptional circumstances to appoint counsel it denied and determined plaintiff of being capable of continuing pro-se and as well defendants

1 of 3

have argued in this case record that the plaintiff pro-se is able to litigate even without legal Aid assistance and a guarantee Court access for which now denying the depositions pursuant Rule 27 because the plaintiff is pro-se, would cause a fundament Right violation and Rules.

2. Defendants in this case did not comply with the Rules of Civil Procedure pursuant Rule 26(a)(1)(A)(B)(C)(D) which clearly makes discovery incomplete and obstructed.

3. The plaintiff has pending Motions for appointment of Counsel on Appeal, leave to I.F.P. on Appeal and Extension of 30 days time to file Certificate of Appelability with this Court.

4. Rule 27, F.R.C.P., allows the use of deposition Pending appeal while it does <u>not</u> limit the power of a Court to entertain an action to perpetuate testimony.

Respectfully Submitted,

Luis Fernandez
#279900
1153 east st. south,
Suffield, CT 06080

2 of 3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of June, 2006:

Attorney Robert F. Vacchelli,
110 Sherman St.,
Hartford, CT 06105

Luis Fernandez
# 279900

3 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez,                : Case: 3:03CV146
                               :         (WWE)
Vs.                            :
                               :
Monica Rinaldi, et al          : June 6, 2006

## PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Motion in respond & objection to Memo in opposition to the request for leave to take deposition pending appeal, to defendants Counsel Robert F. Vacchelli, 110 Sherman Street, Hartford, CT 06105, by placing them in an envelope and placed them in the main Hall legal mailbox at the State Prison of Macdougall, C.I., Suffield, CT on June 6, 2006.

Respectfully Submitted,

Luis Fernandez #279900
1153 East St. South,
Suffield, CT 06080

1 of 2

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following def. Attorney on this 6th day of June, 2006:

Attorney Robert F. Vacchelli,
110 Sherman Street,
Hartford, CT 06105

Luis Fernandez
#279900

2 of 2