UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

                                                 PRISONER
    V.                        CASE NO. 3:03CV146 (WWE)(HBF)

MONICA RINALDI, ET AL.


**<u>RULING ON PENDING MOTIONS</u>**

    Pending before the court is the plaintiff's motion for leave to proceed in forma pauperis on appeal, motion for extension of time to file a certificate of appealability, motion for appointment of counsel and motion for leave to take a deposition of individuals who are not parties to this action.  The motion for extension of time to file a certificate of appealability is granted and the motions for leave to proceed in forma pauperis, for appointment of counsel and to depose individuals who are not parties to this action are denied.

    The plaintiff seeks leave to proceed in forma pauperis on appeal.  The plaintiff's motion is premature in view of the fact that he has not filed a notice of appeal.  The plaintiff's Motion **[doc. # 58]** is **DENIED** without prejudice.  The plaintiff may renew his motion at the time he files his notice of appeal.

    The plaintiff seeks an extension of time to file a "Certificate of Appealability."  The court liberally construes plaintiff's motion as a motion for extension of time to file a

notice of appeal of the court's ruling granting defendants' motion for summary judgment. This is the plaintiff's second motion for extension of time to appeal. On March 29, 2006, the court granted plaintiff an extension of time to appeal until after the court had ruled on plaintiff's motions to correct/for reconsideration. On that same date, the court ruled on both motions to correct.

The plaintiff seeks an extension of time to file a notice of appeal until after the court rules on his application to proceed in forma pauperis on appeal. Neither the Federal Rules of Appellate Procedure nor 28 U.S.C. 1915(a) support the plaintiff's belief that he must file an application to proceed in forma pauperis before filing a notice of appeal. Because the plaintiff proceeds pro se in this action, the court will grant the plaintiff an extension of time to file a notice of appeal. The Motion [**doc. # 61**] for extension of time to file a Notice of Appeal is **GRANTED**. **The plaintiff shall file his Notice of Appeal on or before August 25, 2006. Pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure, no further extensions of time to file a notice of appeal will be granted.**

The plaintiff seeks the appointment of counsel on appeal. The Motion for Appointment of Counsel [**doc. # 59**] is **DENIED** without prejudice. If the plaintiff files a notice of appeal, he may renew his motion at the Court of Appeals for the Second Circuit.

The Motion for Leave to Depose individuals who are not parties to this action [**doc. # 60**] is **DENIED**. The deadline for completing discovery has expired, the court has granted defendants' motion for summary judgment and the case is closed.

SO ORDERED at Bridgeport, Connecticut, this <u>2nd</u> day of August, 2006.

```
       ____/s/_____
            Holly B. Fitzsimmons
         United States Magistrate Judge
```