# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Luis Fernandez : Case: 3:03CV146
: (WWE)(HBF)
v. :
:
Monica Rinaldi, et al : August 14, 2006

## MOTION IN CORRECTION OF INAPPROPRIATE RULINGS ON DOC. # 58, 61 and 59 & Recon #60

The plaintiff's respectfully seeks the Courts to correct these inappropriate rulings on Doc.#'s 58, 61 and 59.

This Court as ground to denied without prejudice Motion [doc. #58] stated "The plaintiff's motion is premature in view of the fact that he has not filed a notice of Appeal," the really and true fact is that the Notice of Appeal was filed on April 7, 2006 and received by this Court on May 2, 2006, see, Attached herein Exhibit A Copy of Notice of Appeal received since 5/2/06. There is no reason for the plaintiff to renew his motion [doc. #58] when this Court is inappropiately Construing plaintiff's motions after Misplacing other motions received as in this case

1 of 3

The Notice of Appeal. This practice of the Court liberally construes all papers submitted by Pro-se must be made in the Pro-se interest not against it.

Secondly, the Court must have granted plaintiff Motion doc # 61 Requesting application to Proceed in forma pauperis on appeal since the Notice of Appeal has been filed on April 7, 2006 and Received 5/2/06 by this Court, see, Attachment herein Exhibit "A" Notice of Appeal. Copy.

Finally, Plaintiff Motion for Appointment of Counsel [doc. # 59] denied without prejudice is clearly an abuse of that discretion since the plaintiff Complyed with all requirements and Courts order for Appointment of Counsel even for Appeal.

Wherefore, the plaintiff respectfully request this Court to Correct these inappropriate Rulings on Doc #s 58, 61 and 59. and reconsider Doc # 60.

Respectfully Submitted,

Luis Fernandez
# 279900
1153 East st. south,
Suffield, Ct 06080

2 of 3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 14 day of August, 2006:

Att. Robert F. Vacchelli,
110 Sherman St,
Hartford, Ct 06105

Luis Fernandez
# 279900



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Luis Fernandez, | : | Case: 3:03cv146(WWE)(HBF) |
| V. | : | |
| Monica Rinaldi, et al | : | April 7, 2006 |

NOTICE OF APPEAL

1. Pursuant to F.R.A.P. 4(A)(1) L.Fernandez hereby gives notice and appeals to the United States Court of Appeal for the second circuit from the following Judgment/Order:

1. Judgment/Order entered in Docket # 47 & 52

2. Final Order/Judgment was entered on 3/24/05.

Wherefore, plaintiff gives notice and appeals to the second circuit.

Respectfully Submitted,

_____

Luis Fernandez

1153 east st south,

suffield, CT 06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants attorney on this 7 day of April, 2006 to:

Att. Robert F. Vacchelli,

110 sherman st.,

Hartford, CT 06105

_____

Luis Fernandez

RECEIVED MAY - 2 2006

1 of 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Luis Fernandez | : | Case: 3:03CV146 (WWE)(HBF) |
| V. | : | |
| Monica Rinaldi, et al | : | August 14, 2006 |

## PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Motion in Correction of inappropriate Rulings on Doc# 58, 61 and 59 & reconsideration #60, to defendants Attorney Robert F. Vacchelli, 110 Sherman St, Hartford, Ct 06105, by placing them in an envelope and place them in the main hall mail legal box at the Corr. MacDougall C.I., Suffield, Ct 06080 on August 14, 2006.

Respectfully Submitted,

_____
Luis Fernandez, pro-se
1153 East St. South,
Suffield, Ct 06080

1 of 2

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 14 day of August, 2006:

Att. Robert F. Vacchelli,
110 Sherman St.,
Hartford, Ct 06105

Luis Fernandez
Pro-se

2 of 2.