UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 SEP 14 P 1:35
DISTRICT COURT

Luis Fernandez  :  Case: 3:03 CV 146 (WWE)

V.  :

Monica Rinaldi, et al.  :  Date: August 31, 2006

## PLAINTIFF OBJECTION TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION IN CORRECTION OF INAPPROPRIATE RULINGS

The plaintiff's, Luis Fernandez, pro-se hereby objects to def. Mello dated 8/22/06, in opposition to Plaintiff Motion In Correction of Inappropriate Rulings.

### Introduction

The Court's decision on four of plaintiff's Motions Doc# 58, 61, 59 and 65 are Inappropriate.

### In Facts & Lawful Arguments

1. The plaintiff has a copy in his possession of the Notice of Appeal stamped "Filed"

1 of 3

by the U.S. District Court and defendants also admit of receiving a copy of the Notice of Appeal since May 2, 2006, enhance the Court misplacing the plaintiff's Notice of Appeal stamped "filed" by the U.S. District Court Ruling in Doc # 61 must be corrected because failure to record this said Motion was not the plaintiff's fault which causes plaintiff Notice of Appeal to be prolong do to a Mistake in scheduling the said Motion pursuant Federal Rule of Civil Procedures.

2. Plaintiff's Motions for leave to proceed IN forma pauperis on Appeal (Doc # 58) and Motion for Appointment of Counsel on Appeal (Doc # 59) have been affected by the Court's Mistake when it failed to record Plaintiff's Notice of Appeal stamped "filed" by the U.S. District Court see Motion in Correction of Inappropriate rulings Exhibit A and Attached herein Ex. A, because of said Motion not appearing on the docket sheet the Court found Motions Doc #s 58 and 59 as premature and denied which harm is do to the inappropriate ruling that must be corrected.

3. This plaintiff has followed all of the Rules as understood and will not knowingly violate them unless said Rule violates a Constitutional

Right, and the Court should not need reminding that Persons acting in their own behalf are held "... to less stringent standard than formal pleadings by lawyers."

Wherefore, the plaintiff objects to defendants Memo of dated 8/22/06 which is without Merit and this Court must rule on facts and the law of Federal Rule Civ. Procedures supporting the plaintiff's Pro-se.

Respectfully Submitted,

Luis Fernandez
Plaintiff - Pro-se

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on the 31 of August, 2006 to the following:

Attorney Robert F. Vacchelli,
110 Sherman Street,
Hartford, CT 06105

Luis Fernandez
Pro-se

3 of 9



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Luis Fernandez,                :    Case: 3:03cv146(WWE)(HBF)

V.                             :

Monica Rinaldi, et al          :    April 7, 2006

NOTICE OF APPEAL

1. Pursuant to F.R.A.P. 4(A)(1) L.Fernandez hereby gives notice and appeals to the United States Court of Appeal for the second circuit from the following Judgment/Order:

1. Judgment/Order entered in Docket # 47 & 52

2. Final Order/Judgment was entered on 3/24/05.

Wherefore, plaintiff gives notice and appeals to the second circuit.

Respectfully Submitted,

Luis Fernandez
1153 east st south,
suffield, CT 06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants attorney on this 7 day of April, 2006 to:

Att. Robert F. Vacchelli,

110 sherman st.,

Hartford, CT 06105

Luis Fernandez

RECEIVED MAY - 2 2006

1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez           :    Case: 3:03 CV 146
                                     (WWE)
V.                       :
                              Date: August 31, 2006
Monica Rinaldi, et al    :

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Plaintiff Objection To Defendants Memo. in opposition to Plaintiff's Motion in Correction of inappropriate Rulings to defendants Attorney Robert F. Vacchelli, 110 Sherman Street, Hartford, CT 06105 by placing them in the main hall legal mail-box in an envelope at the Conn. Macdougall C.I., Suffield, CT on August 31, 2006.

Respectfully Submitted,

Luis Fernandez
Plaintiff Pro-se

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the following on this 31st day of August, 2006:

1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez      : Case: 3:03 CV 146
                          (WWE)
V.                  :
                    : Date: August 31, 2006
Monica Rinaldi, et al. :

## PLAINTIFF OBJECTION TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION IN CORRECTION OF INAPPROPRIATE RULINGS

The plaintiff's, Luis Fernandez, pro-se hereby objects to def. Mello dated 8/22/06 in Opposition to Plaintiff Motion In Correction of Inappropriate Rulings.

### Introduction

The Court's decision on four of plaintiff's Motions Doc # 58, 61, 59 and 65 are Inappropriate.

### In Facts & Lawful Arguments

1. The plaintiff has a copy in his possession of the Notice of Appeal stamped "Filed"

1 of 3

by the U.S. District Court and defendants also admit of receiving a copy of the Notice of Appeal since May 2, 2006, enhance the Court misplacing the plaintiff's Notice of Appeal stamped "filed" by the U.S. District Court Ruling in Doc# 61 must be corrected because failure to record this said Motion was not the plaintiff's fault which causes plaintiff Notice of Appeal to be prolong do to a Mistake in scheduling the said Motion pursuant Federal Rule of Civil Procedures.

2. Plaintiff's Motions for leave to proceed In forma pauperis on Appeal (Doc# 58) and Motion for Appointment of Counsel on Appeal (Doc# 59) have been affected by the Court's Mistake when it failed to record Plaintiff's Notice of Appeal stamped "filed" by the U.S. District Court see Motion in Correction of Inappropriate rulings Exhibit A and Attached herein Ex. A, because of said Motion not appearing on the docket sheet the Court found Motions Doc#s 58 and 59 as premature and denied which harm is do to the inappropriate ruling that must be corrected.

3. This plaintiff has followed all of the Rules as understood and will not knowingly violate, them unless said Rule violates a Constitutional

7 of 9

Right, and the Court should not need reminding that Persons acting in their own behalf are held "... to less stringent standard than formal pleadings by lawyers."

Wherefore, the plaintiff objects to defendants Memo of dated 8/22/06 which is without Merit and this Court must rule on facts and the law of Federal Rule Civ. Proceedures supporting the plaintiff's Pro-se.

Respectfully Submitted,

Luis Fernandez
Plaintiff - Pro-se

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on the 31 of August, 2006 to the following:

Attorney Robert F. Vacchelli,
110 Sherman Street,
Hartford, CT 06105

Luis Fernandez
Pro-se



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Luis Fernandez, | : | Case: 3:03cv146(WWE)(HBF) |
| V. | : | |
| Monica Rinaldi, et al | : | April 7, 2006 |

NOTICE OF APPEAL

1. Pursuant to F.R.A.P. 4(A)(1) L.Fernandez hereby gives notice and appeals to the United States Court of Appeal for the second circuit from the following Judgment/Order:

1. Judgment/Order entered in Docket # 47 & 52

2. Final Order/Judgment was entered on 3/24/05.

Wherefore, plaintiff gives notice and appeals to the second circuit.

Respectfully Submitted,

_____
Luis Fernandez
1153 east st south,
suffield, CT 06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants attorney on this 7 day of April, 2006 to:

Att. Robert F. Vacchelli,

110 sherman st.,

Hartford, CT 06105

_____
Luis Fernandez

RECEIVED
MAY - 2 2006

1 of 1