
# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Luis Fernandez : Case: 3:03CV146 (CWE)

V. :

Monica Rinaldi, et al : Date: August 31, 2006

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Plaintiff Objection To Defendants Memo. in Opposition to Plaintiff's Motion in Correction of inappropriate Rulings to defendants Attorney Robert F. Vacchelli, 110 Sherman Street, Hartford, CT 06105 by placing them in the main hall legal mail-box in an envelope at the Conn. Macdougall C.F., Suffield, CT on August 31, 2006.

Respectfully Submitted,

Luis Fernandez
Plaintiff Pro-se

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the following on this 31 day of August, 2006:

1 of 2

Attorney Robert F Vacelelli,
110 Sherman Street,
Hartford, CT 06105

Luis Fernandez
Pro-se