FORM 1

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

Luis Fernandez

v.

Monica Rinaldi, et al

CIVIL CASE NO. 3:03CV146 (WWE)(HBF)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Luis Fernandez__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order): __Entire Case Documents 1 to 68, or 1 through 68 Judgments &/or orders__

2. The Judgment /Order in this action was entered on __11/08/06__.
(date)

_____
Signature

Luis Fernandez
Print Name

1153 East St. South,
Suffield, CT 06080
Address

(860) 627-2188
Telephone Number

C.C./file

Date: 11/17/06

**Note:** You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the Judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

1 of 2