# MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Catherine O'Hagan  Wolfe
CLERK



Date:            8/7/07
Docket Number:   06-5579-pr
Short Title:     Fernandez v. Rinaldi
DC Docket Number: 03-cv-146
DC:              CONNECTICUT (NEW HAVEN)
DC Judge:        Honorable Warren Eginton

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the   26th    day of  June, two thousand seven.

Luis  Fernandez,

Plaintiff-Appellant,

v.

Monica  Rinaldi,  Counselor Beth Halleran,  John J. Armstrong, Comm,  J.V.  Hall, Major,  John M. Alves, Capt,  Dennis C. Coyle, Deputy Comm,  Bartholomew, CS,  Hector Rodriguez, Lead Warden,  Ahmed, Ms.,  Grievance Coordinator,  Hannah, I/C,  United States Court of Appeals,

Defendant-Appellees

The *Civil Appeals  Management  Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed *in forma pauperis,* and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of June 26, 2007 United States District Court of Connecticut be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Catherine O'Hagan  Wolfe, Clerk

By:  Eugene L. Martin
Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by
DEPUTY CLERK

Certified:          JUN 26 2007

# UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE
### NEW YORK  10007

Catherine O'Hagan Wolfe
**CLERK**



Date:                8/7/07
Docket Number:       06-5579-pr
Short Title:         Fernandez v. Rinaldi
DC Docket Number:    03-cv-146
DC:                  CONNECTICUT (NEW HAVEN)
DC Judge:            Honorable Warren Eginton

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the   26th   day of  June, two thousand seven.

Luis  Fernandez,

Plaintiff-Appellant,

v.

Monica  Rinaldi,  Counselor Beth Halleran,  John J. Armstrong, Comm,  J.V.  Hall, Major,  John M. Alves, Capt,  Dennis C. Coyle, Deputy Comm,  Bartholomew, CS,  Hector  Rodriguez, Lead Warden,  Ahmed, Ms.,  Grievance Coordinator,  Hannah, I/C,  United States Court of Appeals,

Defendant-Appellees

The *Civil Appeals  Management  Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed  *in forma pauperis*, and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of June 26, 2007 United States District Court of Connecticut be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

THE CERTIFIED ( ) ORDER ( ) NOTICE
( ) STATEMENT OF COSTS
HAS BEEN RECEIVED BY:_____
DATE

For the Court,
Catherine O'Hagan  Wolfe, Clerk

By:  Eugene L. Martin
Deputy Clerk